# Exhibit A

CIVIL COURT OF THE STATE OF NEW YORK
QUEENS COUNTY

----------------------------------------------------------------X

TOBIAS EVANS,

                         Plaintiff,

       - against -

EXPERIAN,

                      Defendant(s).

----------------------------------------------------------------X

**Index No.:** CV-016103-2025/QU
**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of New York, Queens County at the office of said court at 89-17 Sutphin Boulevard, Jamaica, New York, 11435 within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of demanded in the complaint., with interest and costs.

Dated: July 16th, 2025
      New York, New York

Sincerely,

BUSTOS & ASSOCIATES, P.C.
Attorney for Plaintiff
Pablo E. Bustos, Esq.
70 West 40th Street, 8th Floor
New York, New York 10018
(212) 970-6727
pbustos@bustosassociates.com

To:    Experian
        475 Anton Blvd
        Costa Mesa. CA 92626

NOTE: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside of the City of New York, or by publication, or by any means other than personal delivery to you with the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

CIVIL COURT STATE OF NEW YORK
QUEENS COUNTY

-------------------------------------------------------------------X

TOBIAS EVANS,

                    Plaintiff,

    -against-

EXPERIAN,

                    Defendant(s).

-------------------------------------------------------------------X

Civil Action No.:   CV-016103-2025/QU

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff TOBIAS EVANS, ("Plaintiff"), by and through his attorneys, Pablo E. Bustos, Esq., of Bustos & Associates, P.C., as and for her Complaint against the Defendant Experian hereinafter referred to as Defendant(s)"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1.     Plaintiff brings this action on his own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended*, of Title 15 of the United States Code, commonly referred to the Fair Credit Reporting Act ("FCRA").

## PARTIES

2.     Plaintiff TOBIAS EVANS, is a resident of the State of New York, residing in Queens County.

3.     Defendant EXPERIAN is a Texas corporation.

4.     The Defendant is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.    The Court has jurisdiction over this matter pursuant to 28 USC §1331, 1337 as well as 15 USC §1681p *et seq.* and 28 U.S.C. §2201.   The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.    The Plaintiff obtained a copy of his credit report dated March 13th, 2025 and noticed several accounts reporting with inaccurate information. Based on this information the Plaintiff wrote a dispute letter with a consumer statement request dated March 13th, 2025 and sent certified mail.

9.    The Defendant responded with a delay tactic letter stating that it didn't appear that the Plaintiff had sent the request and that they were not taking any action on his dispute letter.

10.   The Defendant failed to do a reasonable investigation within the required 30 days, failed to either verify or delete the disputed trade lines and failed to mark the accounts as disputed within the 30 days.

11.   The Plaintiff response sent a second dispute letter with a method of verification and a consumer statement request dated April. 20th, 2025 by certified mail.

12.   The Defendant replied again with a delay tactic stating that it didn't appear that the Plaintiff had sent the request and that they were not taking any action on his dispute letter.

13.   The Defendant on June 11th, 2026 more than 30 days after the statutory cutoff for responding with an investigation sent the Plaintiff investigation results.

14.   The Defendant failed to do a Method of Verification.

15.   The Defendant failed to add the required consumer statement.

16.   The Plaintiff pulled his credit report dated June 17th, 2025 and the Defendant failed to include the consumer statement. Further, the Defendant still failed to do a method of verification within the required 15 days.

17.   The Defendant thereby violated the Plaintiff's rights under the FCRA.

## FIRST CAUSE OF ACTION
### (Violations of the FCRA)

18.   Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "17" herein with the same force and effect as if the same were set forth at length herein.

19.   15 USC §1681i (a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

20. The Defendant violated 15 USC §1681i(a) by failing to properly investigate the disputed account and respond to the Plaintiff within the required 30 day period and further to delete the account within the required 30 days.

21. The Defendant violated Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to the Plaintiff's credit report and credit files Defendant published and maintained. By failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

22. The Defendant violated the Plaintiff's rights under 15 USC §1681i (a)(8)(b) by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

23. As a result, Defendant violated 15 USC §1681e (b), Plaintiff suffered actual damage, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

24. The violation by the Defendant of 15 USC §1681e (b) were willful, rendering then liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

25. Defendant is liable to the Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to 15 USC §1681o.

26. Defendant prepared. compiled, issued assembled, transferred, published, and otherwise reproduced consumer reports regarding the Plaintiff as that term is defined in 15 USC §1681i(a).

27. Such reports contained information about the Plaintiff that was false misleading, and inaccurate.

28. The Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiffs dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information by either updating or deleting the item from the Plaintiff's credit files.

29. As a result of the Defendant violations of 15 USC §1681i (a), the Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

30. The violations by the Defendant of 15 USC §1681i (a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendants were negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

31. As a result of the Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

32. The violations by the Defendant of 15 USC §1681i (a)(1)(A) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant were negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

33.     The Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

34.     The Defendant violated the FCRA by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

35. The Defendant violated (15 U.S.C. § 1681I (6)(B)(iii) by not later than 15 days after receiving a request from the Plaintiff to provide a method of investigation description or documentation.

36.     Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney fees from the Defendant(s) in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §

37.     **WHEREFORE**, the Plaintiff demands judgment for actual, statutory, and punitive damages against Defendants, jointly and severally; for his attorneys' fees and costs, for prejudgment and post-judgment interest at the judgment rate, and such other relief the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

38.     Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant:

  A. For statutory, actual and punitive damages provided and pursuant to the FCRA,15 U.S.C. 1681 § n (a)(1)(A), n (2), n (3); in the alternative for damages pursuant to negligence under 15 U.S.C. 1681 § o (a) (1)(2)

  B. For attorneys' fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

  C. A Declaration that the Defendant's practices violated the FCRA and,

  D. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:  New York, New York
    July 16th, 2025

      Respectfully submitted,

      By: _____

      BUSTOS & ASSOCIATES, P.C.
      Attorney for Plaintiff
      Pablo E. Bustos, Esq.
      70 West 40th Street, 8th Floor
      New York, New York 10018
      (212) 970-6727
      pbustos@bustosassociates.com

Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, March 21, 2025, 1:03 PM, Experian <info@e.ncac.experian.com> wrote:





**TOBIAS JOHNNY EVANS,**

.

We received a recent request regarding your credit information that does not appear to have been sent directly by you or to be authorized by you. As a precautionary measure, we have not taken any action on your alleged request. According to the federal Fair Credit Reporting Act, ""if the completeness or accuracy of any item of information contained in a consumer's file at a national consumer credit reporting company is disputed by the consumer and the consumer notifies the company directly of such dispute, the company shall reinvestigate free of charge."" Therefore, you can dispute any inaccurate information directly with Experian for free.

If you believe that information in your personal credit report is inaccurate or incomplete, please call us at the phone number 833-421-3400, or visit our secure web site to upload your documents at www.experian.com/dispute.

**Connect with your credit day or night for FREE. View your Free Experian® Credit Report anytime. Refreshed every 30 days upon log in. No credit card required. Start Here!**

**PLEASE DO NOT REPLY TO THIS MESSAGE**
This notice is systemically generated, and we cannot receive responses.

Experian and the Experian marks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy                                        Contact Us

Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, May 9, 2025, 4:49 PM, Experian <info@e.ncac.experian.com> wrote:

  

TOBIAS JOHNNY EVANS,

.

We received a recent request regarding your credit information that does not appear to have been sent directly by you or to be authorized by you. As a precautionary measure, we have not taken any action on your alleged request. According to the federal Fair Credit Reporting Act, ""if the completeness or accuracy of any item of information contained in a consumer's file at a national consumer credit reporting company is disputed by the consumer and the consumer notifies the company directly of such dispute, the company shall reinvestigate free of charge."" Therefore, you can dispute any inaccurate information directly with Experian for free.

If you believe that information in your personal credit report is inaccurate or incomplete, please call us at the phone number 833-421-3400, or visit our secure web site to upload your documents at www.experian.com/dispute.

Connect with your credit day or night for FREE. View your Free Experian® Credit Report anytime. Refreshed every 30 days upon log in. No credit card required. Start Here!

**PLEASE DO NOT REPLY TO THIS MESSAGE**
This notice is systemically generated, and we cannot receive responses.

Experian and the Experian marks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy                                         Contact Us

April 20, 2025

Tobias Evans
9815 Horace Harding Expy apt 17a
Corona, NY 11368

Experian
P.O. BOX 2002
Allen, TX 75013

Dear Experian

RE: Method Of Verification

I have received prior notice from your company that the accounts below are accurate and have been investigated. Accordingly I am requesting that that your office/ company comply with method of investigation request, by providing the following:
→ The description of the procedure used to determine the accuracy and completeness of the information.
→ Name, address, and telephone number of each person contacted regarding this alleged debt.
→ A copy of any documents provided bearing my signature, showing that I have a legally binding contractual obligation to pay them the exact amount claimed.
Any automated response or e-Oscar verification is unacceptable. I am requesting a re-investigation along with your method of verification.
The item in question is inaccurate and represents a very serious reporting error. I expect to receive a response within 15 days of receipt of this letter in compliance with the FCRA. If not, I expect this item will be removed from my credit files immediately.

*OPTING OUT OF ELECTRONIC CORRESPONDENCE! ONLY MAIL!

- ◆ CAPITAL ONE ACCT#: 517805XXXXX
- ◆ CHIME/ STRIDE ACCT#: 668120XXXX
- ◆ CREDIT ONE ACCT#: 444796XXXXXX
- ◆ FIRST PREMIER BANK ACCT#: 517800XXXXX
- ◆ MERRICK BANK ACCT#: 542539XXXXXXXX
- ◆ CAPITAL ONE AUTO FINANCE ACCT#: 620627XXXXXX
- ◆ VERIZON WIRELESS ACCT#: 489934XXXXXX
- ◆ SELF FINANCIAL/ LEAD BANK ACCT#: CBA00000000

My credit report was recently pulled and I realized there are a few errors on my file. This is the second attempt to correct this inaccurate information. I am requesting that you review and remove the following accounts as they are incomplete, inaccurate ( amount owed to each account), PAST THE STATUTE OF LIMITATION REPORTING PERIOD AS WELL REPORTING INCORRECT WRITE OFF AMOUNTS AND LAST PAYMENT DATES, and or unverifiable. I REQUESTED THIS ACCOUNT TO BE DELETED FROM MY CREDIT FILE DIRECTLY FROM THE FURNISHER. IF THIS ACCOUNT IS NOT GOING TO BE DELETED, I AM REQUESTING THE FOLLOWING STATUTORY CONSUMER STATEMENT TO SHOW ON MY CREDIT REPORT. IT SHOULD STATE THE FOLLOWING: "THE ACCOUNTS ARE REPORTING LAST PAYMENT DATES AND LATE REMARKS." If this statement is not disclosed on my report, the account needs to be deleted immediately.

- ◆ CAPITAL ONE ACCT#: 517805XXXXX
- ◆ CHIME/ STRIDE ACCT#: 668120XXXX
- ◆ CREDIT ONE ACCT#: 444796XXXXXX
- ◆ FIRST PREMIER BANK ACCT#: 517800XXXXX
- ◆ MERRICK BANK ACCT#: 542539XXXXXXXX
- ◆ CAPITAL ONE AUTO FINANCE ACCT#: 620627XXXXXX
- ◆ VERIZON WIRELESS ACCT#: 489934XXXXXX
- ◆ SELF FINANCIAL/ LEAD BANK ACCT#: CBA00000000

**PLEASE NOTE** I AM OPTING OUT OF RECEIVING CREDIT REPORT RESPONSES ELECTRONICALLY. I MUST RECEIVE ALL CORRESPONDENCE VIA U.S. MAIL. AS OF RIGHT NOW, PLEASE DO NOT ADD A FRAUD ALERT TO MY CREDIT FILE UNLESS I SPECIFICALLY REQUEST IT FROM YOU AND NOT FROM ANY OTHER CREDIT BUREAU(S).

I am also requesting a copy of my entire credit file for further reviews. I am requesting that you forward me all documents you have concerning my file, not just my report. Please include all factual data forms, all notices of delinquencies and any other items that my file might contain.

Sincerely,

Tobias Evans
SOCIAL SECURITY : ▉▉▉▉▉    DATE OF BIRTH: ▉▉▉▉▉



**Prepared For**

# TOBIAS J. EVANS

**Personal & confidential**

Date generated: Mar 13, 2025

# At a glance



## FICO® Score 8

**602** FICO SCORE 8
Experian data Mar 13, 2025

300 ————————————————————————— 850

**Fair**

## Account summary

| | |
|---|---|
| Open accounts | 1 |
| Self-reported accounts | 0 |
| Accounts ever late | 10 |
| Closed accounts | 0 |
| Collections | 1 |
| Average account age | 8 yrs 3 mos |
| Oldest account | 21 yrs 11 mos |

## Overall credit usage

**0 %**

Credit used: $0
Credit limit: $0

## Debt summary

| | |
|---|---|
| Credit card and credit line debt | $0 |
| Self-reported account balance | $0 |
| Loan debt | $636 |
| Collections debt | $0 |
| Total debt | $636 |

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

# Personal information

**Name**
TOBIAS J EVANS

**Also known as**
·

**Year of birth**
█████

**Addresses**
9815 HORACE
HARDING EX APT 17A
FLUSHING, NY 11368-4220

**Employers**
·

## Personal statements

27& 05-01-24 2499947 ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 917-239-4712. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 05-01-24.

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

# Open accounts

**SELF FINANCIAL/LEAD BA**                                    **$636**

Exceptional payment history                    Balance updated Feb 20, 2025

## 🗂 Account info

| | | | |
|---|---|---|---|
| Account name | SELF FINANCIAL/LEAD BA | Balance | $636 |
| Account number | CBA000XXXXXXXXXXXXXXX | Balance updated | Feb 20, 2025 |
| Original creditor | - | Original balance | $717 |
| Company sold | - | Paid off | 11% |
| Account type | Secured Loan | Monthly payment | $35 |
| Date opened | Jan 20, 2025 | Last Payment Date | Feb 12, 2025 |
| Open/closed | Open | Terms | 24 Months |
| Status | Open/Never late. | Responsibility | Individual |
| Status updated | Feb 2025 | Your statement | - |

## $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | • | ✓ | • | • | • | • | • | • | • | • | • | • |

✓ Current / Terms met       • Data Unavailable

## ✉ Contact info

| | |
|---|---|
| Address | 1801 MAIN ST KANSAS CITY, MO 64108 |
| Phone number | (866) 845-9545 |

## 🗎 Comments

•

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

# Closed accounts

**CAPITAL ONE**                                                                                       Closed

6 late payments

### ⊡ Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | - |
| Account number | **517805XXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$400** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Jun 03, 2024** |
| Date opened | **Jun 06, 2017** | Highest balance | **$516** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid, Closed.** | Responsibility | **Individual** |
| Status updated | **Jun 2024** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - | - | - |
| 2023 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | 30 | 60 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

- Current / Terms met      CLS Closed      30 Past due 30 days

60 Past due 60 days      - Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | **PO BOX 31293 SALT LAKE CITY, UT 84131** |
| Phone number | **(800) 955-7070** |

### ☐ Comments

Account closed at credit grantor's request

Account previously in dispute - investigation complete, reported by data furnisher

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**CAPITAL ONE**                                                                                         **Closed**

Exceptional payment history

### 🗅 Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | **-** |
| Account number | **517805XXXXXX** | Balance updated | **-** |
| Original creditor | **-** | Credit limit | **$200** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Credit card** | Last Payment Date | **Mar 01, 2024** |
| Date opened | **Sep 05, 2023** | Highest balance | **$253** |
| Open/closed | **Closed** | Terms | **-** |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Mar 2024** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | - | - | - | - | - | - | - | - | - |
| 2023 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     CLS Closed     - Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | **PO BOX 31293 SALT LAKE CITY, UT 84131** |
| Phone number | **(800) 955-7070** |

### ▣ Comments

Account closed at credit grantor's request

Account previously in dispute - investigation complete, reported by data furnisher



Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**CAPITAL ONE AUTO FINAN**                                                          Closed

39 potentially negative months

### Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | - |
| Account number | 620627XXXXXXXXXXX | Balance updated | - |
| Original creditor | - | Original balance | $19,708 |
| Company sold | - | Monthly payment | - |
| Account type | Auto Loan | Last Payment Date | Jan 07, 2025 |
| Date opened | Aug 07, 2020 | Terms | 60 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid in settlement. $3,562 written off. | Your statement | - |
| Status updated | Jan 2025 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CLS | - | - | - | - | - | - | - | - | - | - | - |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ✓ | 30 | 60 | ✓ | ✓ | ✓ | 30 | ✓ | ND | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met       CO Charge off       ND No data for the period

CLS Closed       30 Past due 30 days       60 Past due 60 days

Data Unavailable

### Contact info

Address       PO BOX 259407 PLANO, TX 75025

Phone number       (800) 946-0332

### Comments

Account paid in full for less than full balance

Account previously in dispute - investigation complete, reported by data furnisher

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**CHILD SUPPORT ENFORCEM**                                                                    **Closed**

Exceptional payment history

## 🗂 Account info

| | | | |
|---|---|---|---|
| Account name | **CHILD SUPPORT ENFORCEM** | Balance | · |
| Account number | ▬▬▬▬ | Balance updated | · |
| Original creditor | · | Original balance | · |
| Company sold | - | Monthly payment | · |
| Account type | **Family Support** | Last Payment Date | **Nov 04, 2016** |
| Date opened | **Apr 07, 2003** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | · |
| Status updated | **Nov 2016** | | |

## 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CLS | · |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND |

· Current / Terms met     ND No data for this period     CLS Closed

· Data Unavailable

## ✉ Contact info

| | |
|---|---|
| Address | **40 N PEARL ST ALBANY, NY 12207** |
| Phone number | **(518) 474-9081** |

## 🗐 Comments

·

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**CHIME/STRIDE BANK NA**                                                    Closed

2 late payments

### 🗂 Account info

| | | | |
|---|---|---|---|
| Account name | **CHIME/STRIDE BANK NA** | Balance | - |
| Account number | **668120XXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | - |
| Company sold | - | Monthly payment | - |
| Account type | **Secured Card** | Last Payment Date | **Jun 23, 2024** |
| Date opened | **Apr 24, 2023** | Highest balance | **$5,773** |
| Open/closed | **Closed** | Terms | **1 Month** |
| Status | **Paid, Closed.** | Responsibility | **Individual** |
| Status updated | **Sep 2024** | Your statement | - |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | 30 | ✓ | ✓ | ✓ | 30 | ✓ | ND | CLS | - | - | - |
| 2023 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    ND No data for this period    CLS Closed

30 Past due 30 days    - Data Unavailable

### ☑ Contact Info

| | |
|---|---|
| Address | 324 W BROADWAY AVE<br>ENID,<br>OK 73701 |
| Phone number | (580) 233-3535 |

### ▣ Comments

-

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**CREDIT ONE BANK NA**                                                                                    Closed

4 late payments

### 🔲 Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT ONE BANK NA** | Balance | - |
| Account number | **370310XXXXXXXXX** | Balance updated | . |
| Original creditor | . | Credit limit | **$300** |
| Company sold | . | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Apr 05, 2023** |
| Date opened | **Oct 04, 2022** | Highest balance | **$501** |
| Open/closed | **Closed** | Terms | . |
| Status | **Paid, Closed.** | Responsibility | **Individual** |
| Status updated | **May 2023** | Your statement | . |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 60 | 90 | 90 | CLS | CLS | . | . | . | . | . | . | . |
| 2022 | . | . | - | - | . | . | . | . | - | ✓ | ✓ | 30 |

- Current / Terms met        CLS Closed        30 Past due 30 days
60 Past due 60 days        90 Past due 90 days        - Data Unavailable

### ✉ Contact info

Address        **PO BOX 98875 LAS VEGAS, NV 89193**

Phone number        **(702) 269-1000**

### ▣ Comments

Account closed at credit grantor's request



**CREDIT ONE BANK NA**                                                                        Closed

4 late payments

### ⌂ Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT ONE BANK NA** | Balance | • |
| Account number | **444796XXXXXXXXXXX** | Balance updated | • |
| Original creditor | • | Credit limit | **$600** |
| Company sold | • | Monthly payment | • |
| Account type | **Credit card** | Last Payment Date | **Nov 08, 2021** |
| Date opened | **Nov 30, 2020** | Highest balance | **$631** |
| Open/closed | **Closed** | Terms | • |
| Status | **Paid, Closed.** | Responsibility | **Individual** |
| Status updated | **Dec 2021** | Your statement | • |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 90 | CLS | CLS |
| 2020 | • | • | • | • | • | • | • | • | • | • | • | ✓ |

- Current / Terms met        CLS Closed        30 Past due 30 days

60 Past due 60 days        90 Past due 90 days        • Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | PO BOX 98875 LAS VEGAS, NV 89193 |
| Phone number | (702) 269-1000 |

### 🗩 Comments

Account closed at credit grantor's request

Account previously in dispute - investigation complete, reported by data furnisher

## :experian.

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**DEPT OF EDUCATION/NELN**                                                        Closed

Exceptional payment history

### ⌨ Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | - |
| Account number | 900000XXXXXXXXXX | Balance updated | - |
| Original creditor | - | Original balance | $4,000 |
| Company sold | - | Monthly payment | - |
| Account type | Education | Last Payment Date | Aug 07, 2023 |
| Date opened | Nov 15, 2006 | Terms | 120 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid, Closed/Never late. | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |
| Status updated | Nov 2023 | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | CLS | • |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met    ND No data for this period    CLS Closed

Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | 121 S 13TH ST LINCOLN, NE 68508 |
| Phone number | (888) 486-4722 |

### 🗎 Comments

Account previously in dispute - investigation complete, reported by data furnisher

 **experian.**

Prepared For **TOBIAS J. EVANS**    Date generated: Mar 13, 2025

**DEPT OF EDUCATION/NELN**                                              **Closed**

Exceptional payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | - |
| Account number | **900000XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$1,750** |
| Company sold | - | Monthly payment | - |
| Account type | **Education** | Last Payment Date | **Aug 07, 2023** |
| Date opened | **Oct 03, 2007** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |
| Status updated | **Nov 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | CLS | - |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / terms met    ND No data for the period    CLS Closed

Data Unavailable

### Contact info

| | |
|---|---|
| Address | **121 S 13TH ST LINCOLN, NE 68508** |
| Phone number | **(888) 486-4722** |

### Comments

**Account previously in dispute - investigation complete, reported by data furnisher**

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**DEPT OF EDUCATION/NELN**　　　　　　　　　　　　　　　　　　　　　　**Closed**

Exceptional payment history

### ☐ Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | - |
| Account number | **900000XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$2,625** |
| Company sold | - | Monthly payment | - |
| Account type | **Education** | Last Payment Date | **Aug 07, 2023** |
| Date opened | **Nov 15, 2006** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |
| Status updated | **Nov 2023** | | |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | CLS | - |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met　　　ND No data for the period　　　CLS Closed

Data Unavailable

### ☐ Contact info

| | |
|---|---|
| Address | **121 S 13TH ST LINCOLN, NE 68508** |
| Phone number | **(888) 486-4722** |

### ☐ Comments

Account previously in dispute - investigation complete, reported by data furnisher



Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**DEPT OF EDUCATION/NELN**                                                                          **Closed**

Exceptional payment history

### ⌕ Account Info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | • |
| Account number | **900000XXXXXXXXXX** | Balance updated | • |
| Original creditor | • | Original balance | **$2,000** |
| Company sold | • | Monthly payment | • |
| Account type | **Education** | Last Payment Date | **Aug 07, 2023** |
| Date opened | **Oct 03, 2007** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |
| Status updated | **Nov 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND | CLS | • |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met          ND No data for the period          CLS Closed

Data Unavailable

### ✉ Contact Info

Address          **121 S 13TH ST LINCOLN, NE 68508**

Phone number     **(888) 486-4722**

### ⊞ Comments

**Account previously in dispute - investigation complete, reported by data furnisher**



Prepared For **TOBIAS J. EVANS**    Date generated: Mar 13, 2025

**FIRST PREMIER BANK**                                                                      Closed

31 potentially negative months

### Account info

| | | | |
|---|---|---|---|
| Account name | **FIRST PREMIER BANK** | Balance | • |
| Account number | **517800XXXXXXXXXX** | Balance updated | • |
| Original creditor | • | Credit limit | $400 |
| Company sold | • | Monthly payment | • |
| Account type | Credit card | Last Payment Date | Jul 12, 2024 |
| Date opened | Apr 01, 2019 | Highest balance | $597 |
| Open/closed | Closed | Terms | • |
| Status | Paid in settlement. $526 written off. | Responsibility | Individual |
| | | Your statement | • |
| Status updated | Aug 2024 | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CLS | • | • | • | • |
| 2023 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 90 |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 30 | 60 | ✔ |
| 2020 | 90 | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ |
| 2019 | • | • | • | • | • | • | • | - | ✔ | 30 | 60 | 90 |

✔ Current / Terms met        CO Charge off        CLS Closed

30 Past due 30 days        60 Past due 60 days        90 Past due 90 days

120 Past due 120 days        Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **601 S MINNESOTA AVE SIOUX FALLS, SD 57104** |
| Phone number | **(605) 357-3000** |

### Comments

Account paid in full for less than full balance

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**MERRICK BANK CORP**                                                                                           Closed

29 potentially negative months

### Account Info

| | | | |
|---|---|---|---|
| Account name | **MERRICK BANK CORP** | Balance | - |
| Account number | **542539XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$700** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Jul 12, 2024** |
| Date opened | **Feb 17, 2019** | Highest balance | **$1,117** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid in settlement. $1,117 written off.** | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Jul 2024** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | - | - | - | - | - |
| 2023 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | 30 | 60 |
| 2021 | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 90 | 60 | 90 | ✔ |
| 2020 | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ |
| 2019 | - | - | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ |

✔ Current / Terms met    CO Charge off    30 Past due 30 days

60 Past due 60 days    90 Past due 90 days    120 Past due 120 days

150 Past due 150 days    180 Past due 180 days    Data Unavailable

### Contact Info

| | |
|---|---|
| Address | PO BOX 9201 OLD BETHPAGE, NY 11804 |
| Phone number | By mail only |

### Comments

Account paid in full for less than full balance

 experian.

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**SANTANDER CONSUMER USA**

Closed

Exceptional payment history

### Account Info

| | | | |
|---|---|---|---|
| Account name | **SANTANDER CONSUMER USA** | Balance | - |
| Account number | **300001XXXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$32,562** |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Last Payment Date | **Jun 23, 2016** |
| Date opened | **Nov 24, 2015** | Terms | **72 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | - |
| Status updated | **Sep 2021** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ND | ND | ND | ND | ND | ND | ND | ND | CLS | - | - | - |
| 2020 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2019 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met    ND No data for the period    CLS Closed

Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | **PO BOX 961245 FT WORTH, TX 76161** |
| Phone number | **(866) 923-9282** |

### Comments

-

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**SELF FINANCIAL/LEAD BA**                                                                                           Closed

1 late payment

### Account info

| | | | |
|---|---|---|---|
| Account name | **SELF FINANCIAL/LEAD BA** | Balance | **-** |
| Account number | **CBA000XXXXXXXXXXXXXXX** | Balance updated | **-** |
| Original creditor | **-** | Original balance | **$1,663** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Secured Loan** | Last Payment Date | **Oct 24, 2021** |
| Date opened | **Jun 04, 2021** | Terms | **12 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |
| Status updated | **Oct 2021** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | • | • | • | • | • | ✓ | ✓ | ✓ | 30 | cls | • | • |

✓ Current / Terms met    CLS Closed    30 Past due 30 days

• Data Unavailable

### Contact info

| Address | **1801 MAIN ST KANSAS CITY, MO 64108** |
|---|---|
| Phone number | **(866) 845-9545** |

### Comments

**Account paid from collateral**



Prepared For **TOBIAS J. EVANS**    Date generated: Mar 13, 2025

**SYNCB/EBAY**                                                                                          Closed

**Exceptional payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **SYNCB/EBAY** | Balance | - |
| Account number | **552330XXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$200** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Jun 02, 2020** |
| Date opened | **Feb 24, 2019** | Highest balance | **$503** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Oct 2020** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | - | - |
| 2019 | - | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met    CLS Closed    - Data Unavailable

### ✉ Contact info

Address    PO BOX 965013 ORLANDO, FL 32896

Phone number    (844) 435-0237

### 🗎 Comments

Account closed at credit grantor's request



Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

**VERIZON WIRELESS**                                                                                    Closed

1 potentially negative month

### ⌂ Account Info

| | | | |
|---|---|---|---|
| Account name | **VERIZON WIRELESS** | Balance | - |
| Account number | **489934XXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$116** |
| Company sold | - | Monthly payment | - |
| Account type | **Cell Phone** | Last Payment Date | **Dec 07, 2023** |
| Date opened | **Oct 09, 2023** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | - |
| Status updated | **Dec 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | - | - | - | - | - | - | - | - | - | - | C | cu |

C Collection          CLS Closed          Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | PO BOX 650051 DALLAS, TX 75265 |
| Phone number | (800) 852-1922 |

### 🗋 Comments

-



Prepared For TOBIAS J. EVANS   Date generated: Mar 13, 2025

# Collection accounts

**CREDIT COLLECTION SERV**

Original creditor: LIBERTY MUTUAL IN. CO.

### ⌐₂ Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT COLLECTION SERV** | Balance | - |
| Account number | **850380XX** | Balance updated | - |
| Original creditor | **LIBERTY MUTUAL IN. CO.** | Original balance | **$1,077** |
| Company sold | - | Monthly payment | - |
| Account type | **Collection** | Last Payment Date | **Mar 06, 2024** |
| Date opened | **Dec 15, 2020** | Terms | **1 Month** |
| Status | **Paid in settlement.** | Responsibility | **Individual** |
| Status updated | **Mar 2024** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | - | - | - | - | - | - | - | - | - |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2021 | - | - | - | C | C | C | C | C | C | C | C | C |

C Collection   - Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | **725 CANTON ST NORWOOD, MA 02062** |
| Phone number | **(617) 965-2000** |

### ᗺ Comments

Account paid in full for less than full balance

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)



Prepared For **TOBIAS J. EVANS**    Date generated: Mar 13, 2025

# Public records

No public records reported.



Prepared For TOBIAS J. EVANS    Date generated: Mar 13, 2025

# Inquiries

**ALLY FINANCIAL**

Inquired on Nov 14, 2023

Business Type: Auto Financing Companies

3010 W AGUA FRIA FWY STE

PHOENIX, AZ 85027

(866) 462-2770

This inquiry is scheduled to continue on record until Dec 2025

**ALLY FINANCIAL**

Inquired on Nov 14, 2023

Business Type: Auto Financing Companies

200 RENAISSANCE CTR

DETROIT, MI 48243

(248) 263-3004

This inquiry is scheduled to continue on record until Dec 2025

 **experian.**

Prepared For **TOBIAS J. EVANS**   Date generated: Mar 13, 2025

# Credit scores

## FICO® Score 8



**602**

300          850

FICO SCORE 8
Experian

Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score.

## What's helping

### ⊘ Long credit history

- You have an established credit history.
- Your oldest account was opened: 18 Years, 4 Months ago
- FICO High Achievers opened their oldest account 25 years ago, on average.
- Average age of your accounts: 7 Years, 5 Months
- Most FICO High Achievers have an average age of accounts of 9 years or more.
- FICO® Scores measure the age of the oldest account and the average age of all accounts being reported. Generally speaking, having a relatively long credit history and not opening many new accounts is reflective of lower risk.

## What's hurting

### − Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 6 accounts
- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.
- Number of collections on your credit report: 1 collection
- Virtually no FICO High Achievers have a public record or collection listed on their credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### − Few accounts paid on time

- You have an insufficient number of accounts that are currently paid as agreed.
- Number of your accounts currently being paid as agreed: 2 accounts
- FICO High Achievers have an average of 6 accounts currently being paid as agreed.

- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

## – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.

- Number of your accounts with a missed payment or derogatory indicator: 8 accounts

- About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

## – Loan balances

- The remaining balance on your mortgage or non-mortgage installment loans is relatively high.

- Percentage of principal you have paid down on your open non-mortgage installment loans: 11%

- FICO High Achievers have paid down on average of 40% of the principal on their non-mortgage installment loans.

- FICO® Scores weigh the amounts paid down and balances of mortgage and non-mortgage installment loans (such as auto or student loans) against the original loan amounts. In general, when an installment loan is first obtained the balance is high. As the loan is paid down, the balance decreases. As installment loan balances decrease, they have less impact on a FICO® Score. Having a low installment loan balance to loan amount ratio is considered slightly less risky than having a 0% installment loan ratio. Consolidating or moving debt from one account to another will usually not help a FICO® Score since the same total amount is owed and the score may go down due to opening a new account.



# Disclaimer

## About your FICO® Score 8 or other FICO® Scores

Your FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score 8. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The other FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models.

Base FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

## What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. Your lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to determine how you score.



**Prepared For**

# TOBIAS J. EVANS

Personal & confidential

Date generated: Jul 1, 2025

# At a glance

## FICO® Score 8

**624** FICO SCORE 8
Experian data Jul 1, 2025

300 ——————————————————— 850

Fair

## Account summary

| | |
|---|---|
| Open accounts | 1 |
| Self-reported accounts | 0 |
| Accounts ever late | 7 |
| Closed accounts | 0 |
| Collections | 0 |
| Average account age | 9 yrs 2 mos |
| Oldest account | 22 yrs 3 mos |

## Overall credit usage



**0 %**

Credit used: $0

Credit limit: $0

## Debt summary

| | |
|---|---|
| Credit card and credit line debt | $0 |
| Self-reported account balance | $0 |
| Loan debt | $520 |
| Collections debt | $0 |
| Total debt | $520 |



# Personal information

**Name**
TOBIAS J EVANS

**Also known as**
·

**Year of birth**



**Addresses**
9815 HORACE
HARDING EX APT 17A
FLUSHING, NY 11368-4220

**Employers**
·

## Personal statements

No statement(s) present at this time


**experian.**

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# Open accounts

**SELF FINANCIAL/LEAD BA**
Exceptional payment history

$520
Balance updated May 20, 2025

### Account info

| Account name | SELF FINANCIAL/LEAD BA | Balance | $520 |
|---|---|---|---|
| Account number | CBA000XXXXXXXXXXXXXXX | Balance updated | May 20, 2025 |
| Original creditor | - | Original balance | $717 |
| Company sold | - | Paid off | 27% |
| Account type | Secured Loan | Monthly payment | $35 |
| Date opened | Jan 20, 2025 | Last Payment Date | Apr 22, 2025 |
| Open/closed | Open | Terms | 24 Months |
| Status | Open/Never late. | Responsibility | Individual |
| Status updated | May 2025 | Your statement | - |

### $ Payment history

| 2025 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | - |

✓ Current / Terms met          Date Unavailable

### Contact info

Address
**1801 MAIN ST KANSAS CITY,
MO 64108**

Phone number
**(866) 845-9545**

### Comments
-

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# Closed accounts

**CAPITAL ONE**    Closed

6 late payments

## 🗐 Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | · |
| Account number | **517805XXXXXX** | Balance updated | · |
| Original creditor | · | Credit limit | **$400** |
| Company sold | - | Monthly payment | · |
| Account type | **Credit card** | Last Payment Date | **Jun 08, 2024** |
| Date opened | **Jun 06, 2017** | Highest balance | **$516** |
| Open/closed | **Closed** | Terms | · |
| Status | **Paid, Closed.** | Responsibility | **Individual** |
| Status updated | **Jul 2024** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |

## $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | · | · | · | · | · |
| 2023 | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | 30 | 60 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | ✔ |
| 2018 | · | · | · | · | · | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

· Current / Terms met    CLS Closed    30 Past due 30 days

60 Past due 60 days    Data Unavailable

## ☑ Contact info

| | |
|---|---|
| Address | PO BOX 31293 SALT LAKE CITY, UT 84131 |
| Phone number | (800) 955-7070 |

## 🗩 Comments

Account closed at credit grantor's request

Account previously in dispute - investigation complete, reported by date furnisher

 experian.

Prepared For **TOBIAS J. EVANS**   Date generated: Jul 1, 2025

**CAPITAL ONE**

Exceptional payment history

Closed

### Account Info

| | | | |
|---|---|---|---|
| Account name | CAPITAL ONE | Balance | • |
| Account number | 517805XXXXXXX | Balance updated | • |
| Original creditor | • | Credit limit | $200 |
| Company sold | • | Monthly payment | • |
| Account type | Credit card | Last Payment Date | Mar 01, 2024 |
| Date opened | Sep 05, 2023 | Highest balance | $253 |
| Open/closed | Closed | Terms | • |
| Status | Paid, Closed/Never late. | Responsibility | Individual |
| Status updated | Mar 2024 | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | • | • | • | • | • | • | • | • | • |
| 2023 | • | • | • | • | • | • | • | • | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met      CLS Closed      • Data Unavailable

### Contact Info

Address
PO BOX 31293 SALT LAKE CITY, UT 84131

Phone number
(800) 955-7070

### Comments

Account closed at credit grantor's request

Account previously in dispute - investigation complete, reported by data furnisher



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**CAPITAL ONE AUTO FINAN**                                                                   Closed

40 potentially negative months

### Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | - |
| Account number | 620627XXXXXXXXXXX | Balance updated | - |
| Original creditor | - | Original balance | $19,708 |
| Company sold | - | Monthly payment | - |
| Account type | Auto Loan | Last Payment Date | Jan 07, 2025 |
| Date opened | Aug 07, 2020 | Terms | 60 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid in settlement. $3,562 written off. | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |
| Status updated | Jan 2025 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | - | - | - | - | - | - | - | - | - | - | - |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ✓ | 30 | 60 | ✓ | ✓ | ✓ | 30 | ✓ | ND | ND | ND | ND |
| 2020 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off    ND No data for this period

30 Past due 30 days    60 Past due 60 days    - Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 259407 PLANO, TX 75025 |
| Phone number | (800) 946-0332 |

### Comments

Account paid in full for less than full balance

Account previously in dispute - investigation complete, reported by data furnisher



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**CHILD SUPPORT ENFORCEM**                                                      Closed

2 potentially negative months

### ⌨ Account info

| | | | |
|---|---|---|---|
| Account name | **CHILD SUPPORT ENFORCEM** | Balance | • |
| Account number | ▬▬▬ | Balance updated | - |
| Original creditor | - | Original balance | • |
| Company sold | - | Monthly payment | - |
| Account type | **Family Support** | Last Payment Date | **Dec 05, 2022** |
| Date opened | **Apr 07, 2003** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | -• |
| Status updated | **May 2025** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | C | C | • | • | • | • | • | • | • |
| 2024 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | • | • | • | • | • | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met        C Collection        ND No data for this period

- Data Unavailable

### ☑ Contact info

Address        **40 N PEARL ST ALBANY, NY 12207**

Phone number        **(518) 474-9081**

### ⛿ Comments

-

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**CHIME/STRIDE BANK NA**          **Closed**

Exceptional payment history

### ⬚ Account info

| | | | |
|---|---|---|---|
| Account name | **CHIME/STRIDE BANK NA** | Balance | • |
| Account number | **668120XXXXXX** | Balance updated | • |
| Original creditor | - | Credit limit | **$5,773** |
| Company sold | • | Monthly payment | - |
| Account type | **Secured Card** | Last Payment Date | **Jun 23, 2024** |
| Date opened | **Apr 24, 2023** | Highest balance | **$5,773** |
| Open/closed | **Closed** | Terms | **1 Month** |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Aug 2024** | Your statement | • |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | CLS | • | • | • | • |
| 2023 | • | - | • | • | • | • | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     ND No data for the period     CLS Closed

- Data Unavailable

### ✉ Contact Info

Address     **101 CALIFORNIA ST STE 50**
**SAN FRANCISCO,**
**CA 94111**

Phone number     **(888) 244-6363**

### ▤ Comments

•



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**DEPT OF EDUCATION/NELN**                                                    Closed

Exceptional payment history

### ⎰ Account Info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | • |
| Account number | **900000XXXXXXXXXX** | Balance updated | • |
| Original creditor | • | Original balance | **$4,000** |
| Company sold | • | Monthly payment | • |
| Account type | **Education** | Last Payment Date | **Aug 07, 2023** |
| Date opened | **Nov 15, 2006** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |
| Status updated | **Nov 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | CLS | • |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / terms met        ND No data for the period        CLS Closed

Data Unavailable

### ☑ Contact info

| | |
|---|---|
| Address | **121 S 13TH ST LINCOLN, NE 68508** |
| Phone number | **(888) 486-4722** |

### ▣ Comments

**Account previously in dispute - investigation complete, reported by data furnisher**

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**DEPT OF EDUCATION/NELN**                                                      Closed

Exceptional payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | • |
| Account number | 900000XXXXXXXXX | Balance updated | • |
| Original creditor | • | Original balance | $1,750 |
| Company sold | • | Monthly payment | • |
| Account type | Education | Last Payment Date | Aug 07, 2023 |
| Date opened | Oct 03, 2007 | Terms | 120 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid, Closed/Never late. | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |
| Status updated | Nov 2023 | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | CLS | • |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met        ND No data for this period        CLS Closed

Data Unavailable

### Contact info

| | |
|---|---|
| Address | 121 S 13TH ST LINCOLN, NE 68508 |
| Phone number | (888) 486-4722 |

### Comments

Account previously in dispute - investigation complete, reported by data furnisher

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**DEPT OF EDUCATION/NELN**                                                          Closed

Exceptional payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | - |
| Account number | **900000XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$2,625** |
| Company sold | - | Monthly payment | - |
| Account type | **Education** | Last Payment Date | **Aug 07, 2023** |
| Date opened | **Nov 15, 2006** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |
| Status updated | **Nov 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | CLS | • |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met       ND No data for this period       CLS Closed

• Data Unavailable

### Contact info

| | |
|---|---|
| Address | 121 S 13TH ST LINCOLN, NE 68508 |
| Phone number | (888) 486-4722 |

### Comments

Account previously in dispute - investigation complete, reported by data furnisher

 experian.

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**DEPT OF EDUCATION/NELN**

Exceptional payment history

Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | DEPT OF EDUCATION/NELN | Balance | - |
| Account number | 900000XXXXXXXXXX | Balance updated | - |
| Original creditor | - | Original balance | $2,000 |
| Company sold | - | Monthly payment | - |
| Account type | Education | Last Payment Date | Aug 07, 2023 |
| Date opened | Oct 03, 2007 | Terms | 120 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid, Closed/Never late. | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |
| Status updated | Nov 2023 | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | CLS | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     ND No data for the period     CLS Closed

Data Unavailable

### Contact info

Address        121 S 13TH ST LINCOLN, NE 68508

Phone number   (888) 486-4722

### Comments

Account previously in dispute - investigation complete, reported by data furnisher

# :experian.

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**FIRST PREMIER BANK**                                      Closed

31 potentially negative months

## ᒪᡓ Account info

| | | | |
|---|---|---|---|
| Account name | **FIRST PREMIER BANK** | Balance | • |
| Account number | 517800XXXXXXXXXXX | Balance updated | • |
| Original creditor | • | Credit limit | $400 |
| Company sold | • | Monthly payment | • |
| Account type | Credit card | Last Payment Date | Jul 12, 2024 |
| Date opened | Apr 01, 2019 | Highest balance | $597 |
| Open/closed | Closed | Terms | • |
| Status | Paid in settlement. $526 written off. | Responsibility | Individual |
| Status updated | Jul 2024 | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |

## $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | • | • | • | - | • |
| 2023 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | 30 | 60 | 90 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 | ✓ |
| 2020 | 90 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2019 | • | • | • | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

✓ Current / terms met     CO Charge off     ND No data for this period

30 Past due 30 days     60 Past due 60 days     90 Past due 90 days

120 Past due 120 days     • Data Unavailable

## ☑ Contact info

| | |
|---|---|
| Address | 601 S MINNESOTA AVE<br>SIOUX FALLS,<br>SD 57104 |
| Phone number | (605) 357-3000 |

## ⓟ Comments

Account paid in full for less than full balance

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)



Prepared For **TOBIAS J. EVANS**    Date generated: Jul 1, 2025

**MERRICK BANK CORP**                                                                                             Closed

**29 potentially negative months**

### Account info

| | | | |
|---|---|---|---|
| Account name | **MERRICK BANK CORP** | Balance | - |
| Account number | **542539XXXXXXXXXX** | Balance updated | - |
| Original creditor | **MERRICK BANK** | Credit limit | **$700** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Jul 12, 2024** |
| Date opened | **Feb 17, 2019** | Highest balance | **$1,117** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid in settlement. $1,117 written off.** | Responsibility | **Individual** |
| Status updated | **Jul 2024** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | • | • | • | • | • |
| 2023 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | NO | 30 | 60 |
| 2021 | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 90 | 60 | 90 | ✔ |
| 2020 | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ |
| 2019 | - | • | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ |

| | | |
|---|---|---|
| ✔ Current / Terms met | CO Charge off | NO No data for this period |
| 30 Past due 30 days | 60 Past due 60 days | 90 Past due 90 days |
| 120 Past due 120 days | 150 Past due 150 days | 180 Past due 180 days |
| - Data Unavailable | | |

### Contact info

| | |
|---|---|
| Address | **PO BOX 9201 OLD BETHPAGE, NY 11804** |
| Phone number | **By mail only** |

### Comments

**Account paid in full for less than full balance**



**SANTANDER CONSUMER USA**    **Closed**

Exceptional payment history

### Account Info

| | | | |
|---|---|---|---|
| Account name | **SANTANDER CONSUMER USA** | Balance | - |
| Account number | **300001XXXXXXXXXXX** | Balance updated | - |
| Original creditor | • | Original balance | **$32,562** |
| Company sold | • | Monthly payment | - |
| Account type | **Auto Loan** | Last Payment Date | **Jun 23, 2016** |
| Date opened | **Nov 24, 2015** | Terms | **72 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | - |
| Status updated | **Sep 2021** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ND | ND | ND | ND | ND | ND | ND | ND | CLS | • | • | • |
| 2020 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2019 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND |
| 2015 | • | • | • | • | • | • | • | • | • | • | • | ✓ |

✓ Current / Terms met      ND No data for this period      CLS Closed

Data Unavailable

### Contact Info

| | |
|---|---|
| Address | PO BOX 961245 FT WORTH, TX 76161 |
| Phone number | (866) 923-9282 |

### Comments

-

 **experian.**

Prepared For TOBIAS J. EVANS   Date generated: Jul 1, 2025

**SELF FINANCIAL/LEAD BA**                                                                 Closed

1 late payment

### Account info

| | | | |
|---|---|---|---|
| Account name | **SELF FINANCIAL/LEAD BA** | Balance | - |
| Account number | **CBA000XXXXXXXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$1,663** |
| Company sold | - | Monthly payment | - |
| Account type | **Secured Loan** | Last Payment Date | **Oct 24, 2021** |
| Date opened | **Jun 04, 2021** | Terms | **12 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |
| Status updated | **Oct 2021** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | ✔ | ✔ | ✔ | 30 | CLS | - | - |

✔ Current / Terms met          CLS Closed          30 Past due 30 days

- Data Unavailable

### Contact info

Address       **1801 MAIN ST KANSAS CITY,**
**MO 64108**

Phone number     **(866) 845-9545**

### Comments

**Account paid from collateral**



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**SYNCB/EBAY**                                                                                                **Closed**

Exceptional payment history

### ⌘ Account info

| | | | |
|---|---|---|---|
| Account name | **SYNCB/EBAY** | Balance | **·** |
| Account number | **552330XXXXXXX** | Balance updated | **·** |
| Original creditor | **·** | Credit limit | **$200** |
| Company sold | **·** | Monthly payment | **·** |
| Account type | **Credit card** | Last Payment Date | **Jun 02, 2020** |
| Date opened | **Feb 24, 2019** | Highest balance | **$503** |
| Open/closed | **Closed** | Terms | **·** |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Oct 2020** | Your statement | **·** |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | cls | · | · |
| 2019 | · | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

· Current / Terms met     CLS Closed     · Data Unavailable

### ☑ Contact info

Address        PO BOX 71746
               PHILADELPHIA,
               PA 19176

Phone number   (844) 435-0237

### ⊞ Comments

Account closed at credit grantor's request

 experian.

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

**VERIZON WIRELESS**                                                                                         Closed

1 potentially negative month

### 🔲 Account info

| | | | |
|---|---|---|---|
| Account name | **VERIZON WIRELESS** | Balance | • |
| Account number | **489934XXXXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$116** |
| Company sold | - | Monthly payment | - |
| Account type | **Cell Phone** | Last Payment Date | **Dec 07, 2023** |
| Date opened | **Oct 09, 2023** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |
| Status updated | **Dec 2023** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | • | • | • | • | • | • | • | • | • | • | • | C |

C Collection        Data Unavailable

### ✉ Contact info

Address     PO BOX 650051 DALLAS, TX 75265

Phone number     (800) 852-1922

### 🗨 Comments

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)



# Collection accounts

No collection accounts reported.



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# Public records

**No public records reported.**



# Inquiries

**ALLY FINANCIAL**

Inquired on Nov 14, 2023

Business Type: Auto Financing Companies

3010 W AGUA FRIA FWY STE

PHOENIX, AZ 85027

(866) 462-2770

This inquiry is scheduled to continue on record until Dec 2025

**ALLY FINANCIAL**

Inquired on Nov 14, 2023

Business Type: Auto Financing Companies

200 RENAISSANCE CTR

DETROIT, MI 48243

(248) 263-3004

This inquiry is scheduled to continue on record until Dec 2025



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# Credit scores

## FICO® Score 8



**624**

300                                    850

FICO SCORE 8
Experian····· ···

Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score.

---

# What's helping

## ⊘ Long credit history

- You have an established credit history.
- Your oldest account was opened: 18 Years, 8 Months ago
- FICO High Achievers opened their oldest account 26 years ago, on average.
- Average age of your accounts: 8 Years, 4 Months
- Most FICO High Achievers have an average age of accounts of 10 years or more.
- FICO® Scores measure the age of the oldest account and the average age of all accounts being reported. Generally speaking, having a relatively long credit history and not opening many new accounts is reflective of lower risk.

## ⊘ Bills paid on time recently

- You've recently been paying your bills on time.
- Your most recent missed payment happened: 2 Years ago
- About 99% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened more than 4 years ago, on average.
- While you have missed payments in the past, you have recently been paying your bills on time. Staying current and paying bills on time demonstrates lower risk.

---

# What's hurting

## − Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.
- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 3 accounts
- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.
- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## − Few accounts paid on time

- You have an insufficient number of accounts that are currently paid as agreed.

- Number of your accounts currently being paid as agreed: 2 accounts

- FICO High Achievers have an average of 6 accounts currently being paid as agreed.

- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

## − Lack of recent credit card information

- There is insufficient or no recent activity on credit cards and/or bank-issued open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open credit cards and/or bank-issued open-ended accounts or sufficient recent information about your credit cards and/or bank-issued open-ended accounts. People who demonstrate responsible use of different types of credit, including credit cards, are generally less risky to lenders.

## − Loan balances

- The remaining balance on your mortgage or non-mortgage installment loans is relatively high.

- Percentage of principal you have paid down on your open non-mortgage installment loans: 27%

- FICO High Achievers have paid down an average of 42% of the principal on their non-mortgage installment loans.

- FICO® Scores weigh the amounts paid down and balances of mortgage and non-mortgage installment loans (such as auto or student loans) against the original loan amounts. In general, when an installment loan is first obtained the balance is high. As the loan is paid down, the balance decreases. As installment loan balances decrease, they have less impact on a FICO® Score. Having a low installment loan balance to loan amount ratio is considered slightly less risky than having a 0% installment loan ratio. Consolidating or moving debt from one account to another will usually not help a FICO® Score since the same total amount is owed and the score may go down due to opening a new account.



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# FICO® Auto Score 2



**638**

250    900

Experian .....

This is a previous FICO® Score version customized for auto lending. Many banks, auto dealers and other lenders use this version when pulling your credit report based on Experian data.

# What's hurting

## – Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## – Short loan history

- Your open installment loans do not show a long credit history.

- People who have longer credit histories and do not frequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest open (not yet paid off) installment loan and/or the average age of your open installment loans is relatively low.

## – Missed payments

- You have missed payments or derogatory indicators on your credit accounts.

- Missed payments and derogatory indicators, including the number of, how late they were and how recently they occurred, are an important part of a credit report considered by a FICO® Score. People who are current on their payments, have no derogatory indicators and who consistently make payments on time are generally considered less risky by most lenders. As missed payments and accounts with derogatory indicators age, they have less impact on a FICO® Score.

## – Lack of recent revolving information

- There is insufficient or no recent activity on revolving and/or open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open revolving and/or open-ended accounts or sufficient recent information about your revolving and/or open-ended accounts. People who demonstrate responsible use of different types of credit, including revolving accounts, are generally less risky to lenders.



Prepared For TOBIAS J. EVANS   Date generated: Jul 1, 2025

# FICO® Auto Score 8



**639**

250          900

Experian

This is a FICO® Score version customized for auto lending. Many banks, auto dealers and other lenders use this version when pulling your credit report based on Experian data.

## What's hurting

### – Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.
- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

### – Few accounts paid on time

- You have an insufficient number of accounts that are currently paid as agreed.
- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

### – Lack of recent credit card information

- There is insufficient or no recent activity on credit cards and/or bank-issued open-ended accounts.
- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open credit cards and/or bank-issued open-ended accounts or sufficient recent information about your credit cards and/or bank-issued open-ended accounts. People who demonstrate responsible use of different types of credit, including credit cards, are generally less risky to lenders.

### – Loan balances

- The remaining balance on your mortgage or non-mortgage installment loans is relatively high.
- FICO® Scores weigh the amounts paid down and balances of mortgage and non-mortgage installment loans (such as auto or student loans) against the original loan amounts. In general, when an installment loan is first obtained the balance is high. As the loan is paid down, the balance decreases. As installment loan balances decrease, they have less impact on a FICO® Score. Having a low installment loan balance to loan amount ratio is considered slightly less risky than having a 0% installment loan ratio. Consolidating or moving debt from one account to another will usually not help a FICO® Score since the same total amount is owed and the score may go down due to opening a new account.



Prepared For **TOBIAS J. EVANS**    Date generated: Jul 1, 2025

# FICO® Bankcard Score 2



**640**

250    900

Experian ▸▸▸▸▸▸

This is a previous FICO® Score version that is customized for credit card lending. Many credit card issuers use this version when pulling your credit report based on Experian data.

# What's hurting

## – Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## – Lack of recent credit card information

- There is insufficient or no recent activity on credit cards and/or bank-issued open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open credit cards and/or bank-issued open-ended accounts or sufficient recent information about your credit cards and/or bank-issued open-ended accounts. People who demonstrate responsible use of different types of credit, including credit cards, are generally less risky to lenders.

## – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.

- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

## – Lack of recent revolving information

- There is insufficient or no recent activity on revolving and/or open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open revolving and/or open-ended accounts or sufficient recent information about your revolving and/or open-ended accounts. People who demonstrate responsible use of different types of credit, including revolving accounts, are generally less risky to lenders.

 **experian.**

Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# FICO® Bankcard Score 8



**632**

250    900

Experian

This is a FICO® Score version that is customized for credit card lending. Many credit card issuers use this version when pulling your credit report based on Experian data.

# What's hurting

## — Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## — Lack of recent credit card information

- There is insufficient or no recent activity on credit cards and/or bank-issued open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open credit cards and/or bank-issued open-ended accounts or sufficient recent information about your credit cards and/or bank-issued open-ended accounts. People who demonstrate responsible use of different types of credit, including credit cards, are generally less risky to lenders.

## — Few accounts paid on time

- You have an insufficient number of accounts that are currently paid as agreed.

- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

## — Loan balances

- The remaining balance on your mortgage or non-mortgage installment loans is relatively high.

- FICO® Scores weigh the amounts paid down and balances of mortgage and non-mortgage installment loans (such as auto or student loans) against the original loan amounts. In general, when an installment loan is first obtained the balance is high. As the loan is paid down, the balance decreases. As installment loan balances decrease, they have less impact on a FICO® Score. Having a low installment loan balance to loan amount ratio is considered slightly less risky than having a 0% installment loan ratio. Consolidating or moving debt from one account to another will usually not help a FICO® Score since the same total amount is owed and the score may go down due to opening a new account.



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# FICO® Score 3



**664**

300    850

Experian

This is a previous FICO® Score version used primarily in credit card lending. It may also be used by some lenders for other credit product application evaluations (such as credit cards, personal loans, retail credit, student loans, etc.).

# What's hurting

## – Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## – Lack of recent revolving information

- There is insufficient or no recent activity on revolving and/or open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open revolving and/or open-ended accounts or sufficient recent information about your revolving and/or open-ended accounts. People who demonstrate responsible use of different types of credit, including revolving accounts, are generally less risky to lenders.

## – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.

- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

## – Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# FICO® Score 2



672

300    850

Experian

This is a previous FICO® Score version used primarily in mortgages lending. It may also be used by some lenders for other credit product application evaluations (such as credit cards, personal loans, retail credit, student loans, etc.).

# What's hurting

## — Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## — Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.

- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

## — Lack of recent revolving information

- There is insufficient or no recent activity on revolving and/or open-ended accounts.

- The FICO® Score evaluates the mix of credit cards, loans and mortgages on a credit report. Your credit report shows no open revolving and/or open-ended accounts or sufficient recent information about your revolving and/or open-ended accounts. People who demonstrate responsible use of different types of credit, including revolving accounts, are generally less risky to lenders.

## — Loan balances

- The remaining balance on your mortgage or non-mortgage installment loans is relatively high.

- FICO® Scores weigh the amounts paid down and balances of mortgage and non-mortgage installment loans (such as auto or student loans) against the original loan amounts. In general, when an installment loan is first obtained the balance is high. As the loan is paid down, the balance decreases. As installment loan balances decrease, they have less impact on a FICO® Score. Having a low installment loan balance to loan amount ratio is considered slightly less risky than having a 0% installment loan ratio. Consolidating or moving debt from one account to another will usually not help a FICO® Score since the same total amount is owed and the score may go down due to opening a new account.



Prepared For TOBIAS J. EVANS    Date generated: Jul 1, 2025

# Disclaimer

## About your FICO® Score 8 or other FICO® Scores

Your FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score 8. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The other FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models.

Base FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

## What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. Your lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to determine how you score.

March 13, 2025

Tobias Evans
9815 Horace Harding Expy apt 17a
Corona, NY 11368

Experian
P.O. BOX 2002
Allen, TX 75013

Dear Experian

The following accounts are reporting inaccurately and I need them investigated:

- ❖ CAPITAL ONE ACCT#: 517805XXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ CHIME/ STRIDE ACCT#: 668120XXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ CREDIT ONE ACCT#: 370310XXXXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ CREDIT ONE ACCT#: 444796XXXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ FIRST PREMIER BANK ACCT#: 517800XXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ MERRICK BANK ACCT#: 542539XXXXXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ CAPITAL ONE AUTO FINANCE ACCT#: 620627XXXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ VERIZON WIRELESS ACCT#: 489934XXXXXX
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS
- ❖ CCS ACCT#: 850380XXXXX
  - THIS ACCOUNT HAS BEEN PAID FOR DELETION. PLEASE REMOVE
- ❖ SELF FINANCIAL/ LEAD BANK ACCT#: CBA00000000
  - THIS ACCOUNT HAS BEEN PAID AND CLOSED AND IS REPORTING INACCURATE LATE REMARKS

Sincerely,

Tobias Evans
SOCIAL SECURITY : ███████     DATE OF BIRTH ███████



Prepared For

## TOBIAS JOHNNY EVANS

**Personal & Confidential**

**Date Generated**  Jun 11, 2025

**Report Number**  0653-8883-18

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### MERRICK BANK CORP

Account • 542539XXXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.



**Updated**

You can contact MERRICK BANK CORP at PO BOX 9201, OLD BETHPAGE , NY 11804 or (801) 545-6600

 After your dispute

 **Account Info**

| Account Name | MERRICK BANK CORP | Balance | • |
|---|---|---|---|
| Account Number | 542539XXXXXXXXXX | Balance Updated | • |
| Account Type | Credit card | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 02/17/2019 | Original Balance | $700 |
| Status | Paid in settlement. $1,117 written off. | Highest Balance | $1,117 |
| | | Terms | • |

| Status Updated | 07/2024 | On Record Until | Jun 2029 |
|---|---|---|---|

## 💲 Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2023 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ND | 30 | 60 |
| 2021 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 60 | 90 | ✓ |
| 2020 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2019 | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |
| ND | No data for this period | | |

**Payment history guide**

Charge Off as of Jul 2024 to May 2023

180 days past due as of Apr 2023

150 days past due as of Mar 2023

120 days past due as of Feb 2023

90 days past due as of Jan 2023,Nov 2021,Sep 2021

60 days past due as of Dec 2022,Oct 2021,Aug 2021

30 days past due as of Nov 2022,Aug 2022,Jul 2021,Feb 2021,Oct 2020,Apr 2020,Oct 2019

This account is scheduled to continue on record until Jun 2029.

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2024 | $1,047 | $0 | $20 on 6/19/2024 |
| May 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Apr 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Mar 2024 | $1,117 | $0 | $0 on 8/7/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Jan 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Dec 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Nov 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Oct 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Sep 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Aug 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Jul 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Jun 2023 | $1,117 | $0 | $0 on 8/7/2022 |

## Additional Info

Between Jun 2023 and Jun 2024, your credit limit/high balance was $700



## Historical Info

Original Creditor      **MERRICK BANK**



## Contact Info

Address      PO BOX 9201,
OLD BETHPAGE NY 11804



## Comment

Current:

Account paid in full for less than full balance

Previous:

Paying under a partial payment agreement.

Dec 2023 to Jan 2024



## Your Statement

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2025.

 **Before your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | MERRICK BANK CORP | Balance | - |
| Account Number | 542539XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/17/2019 | Original Balance | $700 |
| Status | Paid in settlement. $1,117 written off. | Highest Balance | $1,117 |
| | | Terms | - |
| Status Updated | 07/2024 | On Record Until | Jul 2029 |

**$ Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2023 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | 30 | 60 |
| 2021 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 60 | 90 | ✓ |
| 2020 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2019 | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of Jul 2024 to May 2023

180 days past due as of Apr 2023

150 days past due as of Mar 2023

120 days past due as of Feb 2023

90 days past due as of Jan 2023,Nov 2021,Sep 2021

60 days past due as of Dec 2022,Oct 2021,Aug 2021

30 days past due as of Nov 2022,Aug 2022,Jul 2021,Feb 2021,Oct 2020,Apr 2020,Oct 2019

This account is scheduled to continue on record until Jul 2029.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2024 | $1,047 | $0 | $20 on 6/19/2024 |
| May 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Apr 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Mar 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Feb 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Jan 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Dec 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Nov 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Oct 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Sep 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Aug 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Jul 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Jun 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| May 2023 | $1,117 | $0 | $0 on 8/7/2022 |

**Additional info**

Between May 2023 and Jun 2024, your credit limit/high balance was $700

 **Historical Info**

Original Creditor          **MERRICK BANK**

 **Contact Info**

Address          **PO BOX 9201,
OLD BETHPAGE NY 11804**

 **Comment**

**Current:**

Account paid in full for less than full balance

**Previous:**

Paying under a partial payment agreement.

Dec 2023 to Jan 2024

## CAPITAL ONE

Account • 517805XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

 Verified and Updated

## CAPITAL ONE AUTO FINAN

Account • 620627XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

 Verified and Updated

## CREDIT ONE BANK NA

Account • 370310XXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

 Updated

You can contact CREDIT ONE BANK NA at PO BOX 98875, LAS VEGAS , NV 89193 or (877) 825-3242

 **After your dispute**



## Account Info

| | | | |
|---|---|---|---|
| Account Name | CREDIT ONE BANK | Balance | • |
| Account Number | 370310XXXXXXXXXX | Balance Updated | • |
| Account Type | Credit card | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 10/04/2022 | Original Balance | $300 |
| Status | Paid, Closed. | Highest Balance | $501 |
| Status Updated | 05/2023 | Terms | • |



## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 60 | 90 | 90 | ✓ | CLS | — | — | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | 30 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CLS | Closed | | |

### Payment history guide

90 days past due as of Mar 2023,Feb 2023

60 days past due as of Jan 2023

30 days past due as of Dec 2022



## Contact Info

| | |
|---|---|
| Address | PO BOX 98875, LAS VEGAS NV 89193 |



## Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

First payment never received.

Dec 2022 to Jan 2023

## Your Statement

**ITEM IN DISPUTE BY CONSUMER**

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2025.

 **Before your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | CREDIT ONE BANK | Balance | . |
| Account Number | 370310XXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | . |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 10/04/2022 | Original Balance | $300 |
| Status | Paid, Closed. | Highest Balance | $501 |
| Status Updated | 04/2023 | Terms | - |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 60 | 90 | 90 | CLS | — | — | — | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | 30 |

✓ Current / Terms met
30 Past due 30 days
60 Past due 60 days
90 Past due 90 days
CLS Closed

**Payment history guide**

90 days past due as of Mar 2023,Feb 2023

60 days past due as of Jan 2023

30 days past due as of Dec 2022

 **Contact Info**

Address    PO BOX 98875,
LAS VEGAS NV 89193

 **Comment**

**Current:**

Account closed at credit grantor's request.

**Previous:**

First payment never received.

Dec 2022 to Jan 2023

## FIRST PREMIER BANK



**Updated**

Account · 517800XXXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact FIRST PREMIER BANK at 601 S MINNESOTA AVE, SIOUX FALLS , SD 57104 or (800) 987-5521

## After your dispute

### Account Info

| | | | |
|---|---|---|---|
| Account Name | PREMIER BKCRD/FIRST PREMIER | Balance | · |
| | | Balance Updated | · |
| Account Number | 517800XXXXXXXXXX | Recent Payment | · |
| Account Type | Credit card | Monthly Payment | · |
| Responsibility | Individual | Original Balance | $400 |
| Date Opened | 04/01/2019 | Highest Balance | $597 |
| Status | Paid in settlement. $526 written off. | Terms | · |
| Status Updated | 07/2024 | On Record Until | May 2029 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | — | — | — | — | — |
| 2023 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | 30 | 60 | 90 |

| Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 | ✓ |
| 2020 | 90 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2019 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |
| ND | No data for this period | | |

**Payment history guide**

Charge Off as of Jul 2024 to Feb 2023

120 days past due as of Jan 2023

90 days past due as of Dec 2022,Jan 2020,Dec 2019

60 days past due as of Nov 2022,Nov 2021,Nov 2019

30 days past due as of Oct 2022,Oct 2021,Sep 2021,Oct 2020,May 2020,Oct 2019

This account is scheduled to continue on record until May 2029.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2024 | $526 | $0 | $0 on 8/8/2022 |
| May 2024 | $526 | $0 | $0 on 8/8/2022 |
| Apr 2024 | $526 | $0 | $0 on 8/8/2022 |
| Mar 2024 | $526 | $0 | $0 on 8/8/2022 |
| Feb 2024 | $526 | $0 | $0 on 8/8/2022 |
| Jan 2024 | $526 | $0 | $0 on 8/8/2022 |
| Dec 2023 | $526 | $0 | $0 on 8/8/2022 |
| Nov 2023 | $526 | $0 | $0 on 8/8/2022 |
| Oct 2023 | $526 | $0 | $0 on 8/8/2022 |
| Sep 2023 | $526 | $0 | $0 on 8/8/2022 |
| Aug 2023 | $526 | $0 | $0 on 8/8/2022 |
| Jul 2023 | $526 | $0 | $0 on 8/8/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2023 | $526 | $0 | $0 on 8/8/2022 |

### Additional info

Between Jun 2023 and Jun 2024, your credit limit/high balance was $400

 ## Contact Info

| Address | 601 S MINNESOTA AVE, SIOUX FALLS SD 57104 |
|---------|-------------------------------------------|

 ## Comment

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Account paid in full for less than full balance

**Previous:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Feb 2023 to Jun 2024

 ## Your Statement

ITEM IN DISPUTE BY CONSUMER

 ## Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2025.

 ## Before your dispute

 ## Account Info

| Account Name | PREMIER BKCRD/FIRST PREMIER | Balance | - |
|--------------|------------------------------|---------|---|
| | | Balance Updated | - |
| Account Number | 517800XXXXXXXXXX | Recent Payment | - |
| Account Type | Credit card | Monthly Payment | - |
| Responsibility | Individual | | |

| Date Opened | 04/01/2019 | Original Balance | $400 |
| Status | Paid in settlement. $526 written off. | Highest Balance | $597 |
| | | Terms | - |
| Status Updated | 07/2024 | On Record Until | Jun 2029 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2023 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 | ✓ |
| 2020 | 90 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2019 | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |

**Payment history guide**

Charge Off as of Jul 2024 to Feb 2023

120 days past due as of Jan 2023

90 days past due as of Dec 2022,Jan 2020,Dec 2019

60 days past due as of Nov 2022,Nov 2021,Nov 2019

30 days past due as of Oct 2022,Oct 2021,Sep 2021,Oct 2020,May 2020,Oct 2019

This account is scheduled to continue on record until Jun 2029.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2024 | $526 | $0 | $0 on 8/8/2022 |
| May 2024 | $526 | $0 | $0 on 8/8/2022 |
| Apr 2024 | $526 | $0 | $0 on 8/8/2022 |
| Mar 2024 | $526 | $0 | $0 on 8/8/2022 |
| Feb 2024 | $526 | $0 | $0 on 8/8/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2024 | $526 | $0 | $0 on 8/8/2022 |
| Dec 2023 | $526 | $0 | $0 on 8/8/2022 |
| Nov 2023 | $526 | $0 | $0 on 8/8/2022 |
| Oct 2023 | $526 | $0 | $0 on 8/8/2022 |
| Sep 2023 | $526 | $0 | $0 on 8/8/2022 |
| Aug 2023 | $526 | $0 | $0 on 8/8/2022 |
| Jul 2023 | $526 | $0 | $0 on 8/8/2022 |
| Jun 2023 | $526 | $0 | $0 on 8/8/2022 |
| May 2023 | $526 | $0 | $0 on 8/8/2022 |

### Additional info

Between May 2023 and Jun 2024, your credit limit/high balance was $400



### Contact Info

Address      601 S MINNESOTA AVE, SIOUX FALLS SD 57104



### Comment

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Account paid in full for less than full balance

### Previous:

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Feb 2023 to Jun 2024

## VERIZON WIRELESS

Account · 489934XXXXXXXX



The item you disputed has been updated, which may include an update to the disputed          Updated
information. Please review your report for the details.

You can contact VERIZON WIRELESS at PO BOX 650051, DALLAS , TX 75265 or (800) 852-1922

 ## After your dispute

### Account Info

| | | | |
|---|---|---|---|
| Account Name | VERIZON WIRELESS | Balance | - |
| Account Number | 489934XXXXXXXX | Balance Updated | - |
| Account Type | Cell Phone | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 10/09/2023 | Original Balance | $116 |
| Status | Paid, Closed. | Highest Balance | $116 |
| Status Updated | 12/2023 | Terms | 1 Month |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | — | — | — | C |

C   Collection

**Payment history guide**

Collection as of Dec 2023

 ### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2023 | $116 | $0 | $0 |

### Additional Info

The original amount of this account was $116

 ### Contact Info

| | |
|---|---|
| Address | PO BOX 650051, DALLAS TX 75265 |

 **Comment**

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Previous:**

None

 **Your Statement**

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2025.

# ← Before your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | VERIZON WIRELESS | Balance | • |
| Account Number | 489934XXXXXXXXX | Balance Updated | • |
| Account Type | Cell Phone | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 10/09/2023 | Original Balance | $116 |
| Status | Paid, Closed. | Highest Balance | $116 |
| Status Updated | 12/2023 | Terms | 1 Month |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | – | – | – | – | – | – | – | – | – | C |

C   Collection

**Payment history guide**

Collection as of Dec 2023

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2023 | $116 | $0 | $0 |

**Additional Info**

The original amount of this account was $116

 **Contact Info**

Address          PO BOX 650051,
                 DALLAS TX 75265

**Comment**

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Previous:**

None

**If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.**

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

**MERRICK BANK CORP**
542539504212....

PLEASE CONTACT CREDIT GRANTOR AT 8003497472

**CAPITAL ONE**
517805805013....

PLEASE CONTACT CREDIT GRANTOR AT 8002274825

**CAPITAL ONE AUTO FINANCE**
6206277083255....

PLEASE CONTACT CREDIT GRANTOR AT 8002274825

**PREMIER BKCRD/FIRST PREMIER**
517800743800....

PLEASE CONTACT CREDIT GRANTOR AT 8009875521

# Your Credit Report
At a Glance    **17 Accounts    0 Public Records    2 Hard Inquiries**

## Personal Information

3 Names     2 Addresses     0 Employers     1 Personal Statements     3 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

**TOBIAS J EVANS**
Name ID #18915

**TOBIAS EVANS**
Name ID #25691

**TOBIAS JOHNNY EVANS**
Name ID #3504

## Addresses

**9815 HORACE HARDING EXPY APT17A**
**FLUSHING NY, 11368-4220**

Address ID #0238276607
Apartment complex

**9815 HORACE HARDING EXPY**
**FLUSHING NY, 11368-4249**

Address ID #0022776915
Multifamily

## Year of Birth

1970

## Phone Numbers

**(917) 239-4712**
Cellular

## Spouse or Co-Applicant

ALICIA

## Personal Statements

FILE FROZEN DUE TO FEDERAL LEGISLATION.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## CAPITAL ONE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | • |
| Account Number | 517805XXXXXXXXXX | Balance Updated | • |
| Account Type | Credit card | Recent Payment | • |

| | | | |
|---|---|---|---|
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 09/05/2023 | Credit Limit | $200 |
| Status | Paid, Closed/Never late. | Highest Balance | $253 |
| Status Updated | Mar 2024 | Terms | - |
| | | On Record Until | Mar 2034 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | – | – | – | – | – | – | – | – | – |
| 2023 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     CLS  Closed

This account is scheduled to continue on record until Mar 2034.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2024 | $63 | $25 | $0 on 2/2/2024 |
| Jan 2024 | $81 | $25 | $0 on 1/5/2024 |
| Dec 2023 | $56 | $25 | $0 on 12/21/2023 |
| Nov 2023 | $200 | $25 | $0 on 11/14/2023 |
| Oct 2023 | $153 | $25 | $0 on 10/25/2023 |

## Additional Info

Between Oct 2023 and Feb 2024, your credit limit/high balance was $200

##  Contact Info

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

##  Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

### Previous:

Account previously in dispute - investigation complete, reported by data furnisher

**Dec 2023 to Feb 2024**

 **Your Statement**

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jan 2024.

# CAPITAL ONE

POTENTIALLY NEGATIVE

 **Account Info**

| Account Name | CAPITAL ONE | Balance | • |
| --- | --- | --- | --- |
| Account Number | 517805XXXXXXXXXX | Balance Updated | • |
| Account Type | Credit card | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 06/06/2017 | Credit Limit | $400 |
| Status | Paid, Closed. | Highest Balance | $516 |
| Status Updated | Jul 2024 | Terms | • |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – | – |
| 2023 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | 30 | 60 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Year | | | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | ✓ | |
| 2018 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | CLS | Closed |

**Payment history guide**

30 days past due as of Jul 2023,Feb 2023,Apr 2020,Oct 2019

60 days past due as of May 2020,Nov 2019

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| May 2024 | $325 | $25 | $0 on 5/6/2024 |
| Apr 2024 | $409 | $25 | $0 on 3/11/2024 |
| Mar 2024 | $497 | $25 | $0 on 3/1/2024 |
| Feb 2024 | $0 | $0 | $0 on 2/2/2024 |
| Dec 2023 | $96 | $25 | $0 on 1/5/2024 |
| Dec 2023 | $162 | $25 | $0 on 12/6/2023 |
| Nov 2023 | $131 | $25 | $0 on 11/6/2023 |
| Oct 2023 | $437 | $25 | $0 on 9/19/2023 |
| Sep 2023 | $447 | $39 | $0 on 8/4/2023 |
| Aug 2023 | $397 | $25 | $0 on 8/4/2023 |
| Jul 2023 | $480 | $50 | $0 on 4/4/2023 |
| Jun 2023 | $434 | $39 | $0 on 4/4/2023 |

### Additional info

Between Jun 2023 and May 2024, your credit limit/high balance was $400



### Contact Info

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |



## Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Feb 2024 to May 2024, Jun 2022 to Nov 2023



## Your Statement

ITEM IN DISPUTE BY CONSUMER



## Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2025.

# CAPITAL ONE AUTO FINANCE

POTENTIALLY NEGATIVE



## Account Info

| Account Name | CAPITAL ONE AUTO FINANCE | Balance | • |
|---|---|---|---|
| Account Number | 620627XXXXXXXXXXX | Balance Updated | • |
| Account Type | Auto Loan | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 08/07/2020 | Original Balance | $19,708 |
| Status | Paid in settlement. $3,562 written off. | Highest Balance | • |
| | | Terms | 60 Months |
| Status Updated | Jan 2025 | On Record Until | May 2028 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | — | — | — | — | — | — | — | — | — | — | — |

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ✓ | 30 | 60 | ✓ | ✓ | ✓ | 30 | ✓ | ND | ND | ND | ND |
| 2020 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | CO | Charge off |
| ND | No data for this period | | |

**Payment history guide**

Charge Off as of Jan 2025 to Jan 2022

30 days past due as of Jul 2021,Feb 2021

60 days past due as of Mar 2021

This account is scheduled to continue on record until May 2028.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2024 | $2,689 | $0 | $100 on 12/7/2024 |
| Nov 2024 | $2,789 | $0 | $0 on 10/21/2024 |
| Oct 2024 | $2,789 | $0 | $26 on 10/21/2024 |
| Sep 2024 | $2,815 | $0 | $77 on 9/30/2024 |
| Aug 2024 | $2,892 | $0 | $170 on 8/7/2024 |
| Jul 2024 | $3,062 | $0 | $125 on 7/31/2024 |
| Jun 2024 | $3,187 | $0 | $0 on 12/2/2023 |
| May 2024 | $3,187 | $0 | $0 on 12/2/2023 |
| Apr 2024 | $3,187 | $0 | $0 on 12/2/2023 |
| Mar 2024 | $3,187 | $0 | $0 on 12/2/2023 |
| Feb 2024 | $3,187 | $0 | $0 on 12/2/2023 |
| Jan 2024 | $3,187 | $0 | $0 on 12/2/2023 |
| Dec 2023 | $3,187 | $0 | $20 on 12/2/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2023 | $3,207 | $0 | $60 on 11/29/2023 |
| Oct 2023 | $3,267 | $0 | $0 on 4/1/2022 |
| Sep 2023 | $3,267 | $0 | $0 on 4/1/2022 |
| Aug 2023 | $3,267 | $0 | $0 on 4/1/2022 |
| Jul 2023 | $3,267 | $0 | $0 on 4/1/2022 |
| Jun 2023 | $3,267 | $0 | $0 on 4/1/2022 |

## Additional Info

The original amount of this account was $19,708

 ## Contact Info

| Address | PO BOX 259407, PLANO TX 75025 |
|---------|-------------------------------|
| Phone Number | (800) 946-0332 |

 ## Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account paid in full for less than full balance

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Jun 2022 to Dec 2024

 ## Your Statement

ITEM IN DISPUTE BY CONSUMER

 ## Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2025.

# CHIME/STRIDE BANK NA

## Account Info

| | | | |
|---|---|---|---|
| Account Name | CHIME/STRIDE BANK NA | Balance | • |
| Account Number | 668120XXXXXX | Balance Updated | • |
| Account Type | Secured Card | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 04/24/2023 | Credit Limit | $5,773 |
| Status | Paid, Closed/Never late. | Highest Balance | $5,773 |
| Status Updated | Aug 2024 | Terms | 1 Month |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | CLS | — | — | — | — |
| 2023 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

ND No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2024 | $121 | $0 | $5 on 2/13/2024 |
| May 2024 | $121 | $0 | $5 on 2/13/2024 |
| Dec 2023 | $5 | $0 | $2 on 10/4/2023 |
| Nov 2023 | $0 | $0 | $2 on 10/4/2023 |
| Oct 2023 | $0 | $0 | $2 on 10/4/2023 |
| Sep 2023 | $3,125 | $0 | $890 on 8/1/2023 |
| Aug 2023 | $2,080 | $0 | $890 on 8/1/2023 |
| Jul 2023 | $0 | $0 | $0 |
| Jun 2023 | $0 | $0 | $0 |

## Additional info

Between Jun 2023 and Jun 2024, your credit limit/high balance was $0

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 417, SAN FRANCISCO CA 94104 |
| Phone Number | (844) 244-6363 |

# CREDIT ONE BANK

**POTENTIALLY NEGATIVE**

## Account Info

| | | | |
|---|---|---|---|
| Account Name | CREDIT ONE BANK | Balance | - |
| Account Number | 370310XXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 10/04/2022 | Credit Limit | $300 |
| Status | Paid, Closed. | Highest Balance | $501 |
| Status Updated | May 2023 | Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 60 | 90 | 90 | ✓ | CLS | — | — | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | 30 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CLS | Closed | | |

### Payment history guide

90 days past due as of Mar 2023,Feb 2023

60 days past due as of Jan 2023

30 days past due as of Dec 2022

## Contact Info

| | |
|---|---|
| Address | PO BOX 98875, LAS VEGAS NV 89193 |

Phone Number          (877) 825-3242



## Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

First payment never received.

Dec 2022 to Jan 2023



## Your Statement

ITEM IN DISPUTE BY CONSUMER



## Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2025.

# DEPT OF EDUCATION/NELNET



## Account Info

| Account Name | DEPT OF EDUCATION/NELNET | Balance | • |
| Account Number | 900000XXXXXXXXXX | Balance Updated | • |
| Account Type | Education | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 11/15/2006 | Original Balance | $2,625 |
| Status | Paid, Closed/Never late. | Highest Balance | • |
| Status Updated | Nov 2023 | Terms | 120 Months |
| | | On Record Until | Nov 2033 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | CLS | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS   Closed

ND   No data for this period

This account is scheduled to continue on record until Nov 2033.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2023 | $4,680 | $0 | $0 on 8/7/2023 |
| Aug 2023 | $4,657 | $0 | $0 on 8/7/2023 |
| Jul 2023 | $4,657 | $0 | $0 on 7/7/2023 |
| Jun 2023 | $4,657 | $0 | $0 on 6/7/2023 |

**Additional Info**

The original amount of this account was $2,625

 **Contact Info**

Address          PO BOX 82561, LINCOLN NE 68501

Phone Number     (888) 485-4722

**Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Payment Deferred.

Sep 2023

 **Your Statement**

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jan 2024.

## DEPT OF EDUCATION/NELNET

### Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | • |
| Account Number | 900000XXXXXXXXXX | Balance Updated | • |
| Account Type | Education | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 10/03/2007 | Original Balance | $1,750 |
| Status | Paid, Closed/Never late. | Highest Balance | • |
| Status Updated | Nov 2023 | Terms | 120 Months |
| | | On Record Until | Nov 2033 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | CLS | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     CLS   Closed

ND   No data for this period

This account is scheduled to continue on record until Nov 2033.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2023 | $3,120 | $0 | $0 on 8/7/2023 |
| Aug 2023 | $3,105 | $0 | $0 on 8/7/2023 |
| Jul 2023 | $3,105 | $0 | $0 on 7/7/2023 |
| Jun 2023 | $3,105 | $0 | $0 on 6/7/2023 |

**Additional Info**

The original amount of this account was $1,750

 **Contact Info**

Address: PO BOX 82561, LINCOLN NE 68501

Phone Number: (888) 486-4722

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Payment Deferred.

Sep 2023

 **Your Statement**

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jan 2024.

## DEPT OF EDUCATION/NELNET

## Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | • |
| Account Number | 900000XXXXXXXXXX | Balance Updated | • |
| Account Type | Education | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 11/15/2006 | Original Balance | $4,000 |
| Status | Paid, Closed/Never late. | Highest Balance | • |
| Status Updated | Nov 2023 | Terms | 120 Months |
| | | On Record Until | Nov 2033 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | CLS | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS  Closed

ND  No data for this period

This account is scheduled to continue on record until Nov 2033.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2023 | $8,836 | $0 | $0 on 8/7/2023 |
| Aug 2023 | $8,794 | $0 | $0 on 8/7/2023 |
| Jul 2023 | $8,794 | $0 | $0 on 7/7/2023 |
| Jun 2023 | $8,794 | $0 | $0 on 6/7/2023 |

## Additional Info

The original amount of this account was $4,000



## Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Payment Deferred.

**Sep 2023**



## Your Statement

ITEM IN DISPUTE BY CONSUMER

## Reinvestigation Info

This item was updated from our processing of your dispute in Jan 2024.

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | - |
| Account Number | 900000XXXXXXXXXX | Balance Updated | - |
| Account Type | Education | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 10/03/2007 | Original Balance | $2,000 |
| Status | Paid, Closed/Never late. | Highest Balance | - |
| Status Updated | Nov 2023 | Terms | 120 Months |
| | | On Record Until | Nov 2033 |

## 💲 Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | CLS | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

ND No data for this period

This account is scheduled to continue on record until Nov 2033.

##  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2023 | $4,220 | $0 | $0 on 8/7/2023 |
| Aug 2023 | $4,200 | $0 | $0 on 8/7/2023 |
| Jul 2023 | $4,200 | $0 | $0 on 7/7/2023 |
| Jun 2023 | $4,200 | $0 | $0 on 6/7/2023 |

### Additional info

The original amount of this account was $2,000

## ✉ Contact info

| Address | PO BOX 82561, LINCOLN NE 68501 |
|---------|--------------------------------|
| Phone Number | (888) 486-4722 |

##  Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Payment Deferred.

Sep 2023

 **Your Statement**

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jan 2024.

# MERRICK BANK CORP

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | MERRICK BANK CORP | Balance | • |
| Account Number | 542539XXXXXXXXXXX | Balance Updated | • |
| Account Type | Credit card | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 02/17/2019 | Credit Limit | $700 |
| Status | Paid in settlement. $1,117 written off. | Highest Balance | $1,117 |
| | | Terms | • |
| Status Updated | Jul 2024 | On Record Until | Jun 2029 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | — | — | — | — | — |
| 2023 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ND | 30 | 60 |
| 2021 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 60 | 90 | ✓ |
| 2020 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |

| 2019 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |
| ND | No data for this period | | |

**Payment history guide**

Charge Off as of Jul 2024 to May 2023

180 days past due as of Apr 2023

150 days past due as of Mar 2023

120 days past due as of Feb 2023

90 days past due as of Jan 2023,Nov 2021,Sep 2021

60 days past due as of Dec 2022,Oct 2021,Aug 2021

30 days past due as of Nov 2022,Aug 2022,Jul 2021,Feb 2021,Oct 2020,Apr 2020,Oct 2019

This account is scheduled to continue on record until Jun 2029.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2024 | $1,047 | $0 | $20 on 6/19/2024 |
| May 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Apr 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Mar 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Feb 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Jan 2024 | $1,117 | $0 | $0 on 8/7/2022 |
| Dec 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Nov 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Oct 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Sep 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Aug 2023 | $1,117 | $0 | $0 on 8/7/2022 |
| Jul 2023 | $1,117 | $0 | $0 on 8/7/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2023 | $1,117 | $0 | $0 on 8/7/2022 |

**Additional info**

Between Jun 2023 and Jun 2024, your credit limit/high balance was $700

 **Historical Info**

| Original Creditor | MERRICK BANK |
|-------------------|--------------|

 **Contact Info**

| Address | PO BOX 9201, OLD BETHPAGE NY 11804 |
|---------|-------------------------------------|
| Phone Number | (801) 545-6600 |

 **Comment**

**Current:**

Account paid in full for less than full balance

**Previous:**

Paying under a partial payment agreement.

Dec 2023 to Jan 2024

**Your Statement**

ITEM IN DISPUTE BY CONSUMER

**Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2025.

# NY CHILD SUPPORT ENFC

POTENTIALLY NEGATIVE

 **Account Info**

| Account Name | NY CHILD SUPPORT ENFC | Balance | • |
|--------------|------------------------|---------|---|

| Account Number | NQ540XXXX | Balance Updated | • |
|---|---|---|---|
| Account Type | Family Support | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 04/07/2003 | Original Balance | • |
| Status | Paid, Closed. | Highest Balance | • |
| Status Updated | May 2025 | Terms | 1 Month |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | C | C | — | — | — | — | — | — | — |
| 2024 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     C Collection

ND No data for this period

**Payment history guide**

Collection as of May 2025,Apr 2025

## ✉ Contact Info

| Address | PO BOX 14, ALBANY NY 12201 |
|---|---|
| Phone Number | (518) 474-9081 |

# PREMIER BKCRD/FIRST PREMIER

POTENTIALLY NEGATIVE

##  Account Info

| Account Name | PREMIER BKCRD/FIRST PREMIER | Balance | • |
|---|---|---|---|
| | | Balance Updated | • |
| Account Number | 517800XXXXXXXXXX | | |

| Account Type | Credit card | Recent Payment | - |
| --- | --- | --- | --- |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 04/01/2019 | Credit Limit | $400 |
| Status | Paid in settlement. $526 written off. | Highest Balance | $597 |
| | | Terms | - |
| Status Updated | Jul 2024 | On Record Until | May 2029 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2024 | CO | CO | CO | CO | CO | CO | CO | — | — | — | — | — |
| 2023 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | 30 | 60 | 90 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 | ✓ |
| 2020 | 90 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2019 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

| | | | |
| --- | --- | --- | --- |
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |
| ND | No data for this period | | |

**Payment history guide**

Charge Off as of Jul 2024 to Feb 2023

120 days past due as of Jan 2023

90 days past due as of Dec 2022,Jan 2020,Dec 2019

60 days past due as of Nov 2022,Nov 2021,Nov 2019

30 days past due as of Oct 2022,Oct 2021,Sep 2021,Oct 2020,May 2020,Oct 2019

This account is scheduled to continue on record until May 2029.

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Jun 2024 | $526 | $0 | $0 on 8/8/2022 |
| May 2024 | $526 | $0 | $0 on 8/8/2022 |
| Apr 2024 | $526 | $0 | $0 on 8/8/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2024 | $526 | $0 | $0 on 8/8/2022 |
| Feb 2024 | $526 | $0 | $0 on 8/8/2022 |
| Jan 2024 | $526 | $0 | $0 on 8/8/2022 |
| Dec 2023 | $526 | $0 | $0 on 8/8/2022 |
| Nov 2023 | $526 | $0 | $0 on 8/8/2022 |
| Oct 2023 | $526 | $0 | $0 on 8/8/2022 |
| Sep 2023 | $526 | $0 | $0 on 8/8/2022 |
| Aug 2023 | $526 | $0 | $0 on 8/8/2022 |
| Jul 2023 | $526 | $0 | $0 on 8/8/2022 |
| Jun 2023 | $526 | $0 | $0 on 8/8/2022 |

## Additional info

Between Jun 2023 and Jun 2024, your credit limit/high balance was $400



## Contact Info

| Address | 601 S MINNESOTA AVE, SIOUX FALLS SD 57104 |
|---------|--------------------------------------------|
| Phone Number | (800) 987-5521 |



## Comment

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Account paid in full for less than full balance

**Previous:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Feb 2023 to Jun 2024



## Your Statement

ITEM IN DISPUTE BY CONSUMER

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2025.

# SANTANDER CONSUMER USA

## Account Info

| Account Name | SANTANDER CONSUMER USA | Balance | • |
|---|---|---|---|
| Account Number | 300001XXXXXXXXXXXX | Balance Updated | • |
| Account Type | Auto Loan | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 11/24/2015 | Original Balance | $32,562 |
| Status | Paid, Closed/Never late. | Highest Balance | • |
| Status Updated | Sep 2021 | Terms | 72 Months |
| | | On Record Until | Sep 2031 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ND | ND | ND | ND | ND | ND | ND | ND | CLS | -- | — | — |
| 2020 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2019 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND |
| 2015 | -- | — | — | -- | -- | — | — | — | -- | = | — | ✓ |

✓ Current / Terms met    CLS  Closed

ND  No data for this period

This account is scheduled to continue on record until Sep 2031.

 **Contact Info**

| Address | PO BOX 961211, FORT WORTH TX 76161 |
|---|---|
| Phone Number | (888) 222-4227 |

## SELF FINANCIAL/LEAD BANK

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SELF FINANCIAL/LEAD BANK | Balance | $520 |
| Account Number | CBA000XXXXXXXXXXXXXXX | Balance Updated | 05/20/2025 |
| Account Type | Secured Loan | Recent Payment | $40 as of 4/22/2025 |
| Responsibility | Individual | Monthly Payment | $35 |
| Date Opened | 01/20/2025 | Original Balance | $717 |
| Status | Open/Never late. | Highest Balance | - |
| Status Updated | May 2025 | Terms | 24 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | — | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |

✓ Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $552 | $35 | $40 on 3/26/2025 |
| Mar 2025 | $585 | $35 | $60 on 3/4/2025 |
| Feb 2025 | $636 | $35 | $90 on 2/12/2025 |

### Additional info

The original amount of this account was $717



### Contact Info

| | |
|---|---|
| Address | 1801 MAIN ST, KANSAS CITY MO 64108 |
| Phone Number | (866) 845-9545 |

# SELF FINANCIAL/LEAD BANK

**POTENTIALLY NEGATIVE**



### Account Info

| | | | |
|---|---|---|---|
| Account Name | SELF FINANCIAL/LEAD BANK | Balance | • |
| Account Number | CBA000XXXXXXXXXXXXXXX | Balance Updated | • |
| Account Type | Secured Loan | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 06/04/2021 | Original Balance | $1,663 |
| Status | Paid, Closed. | Highest Balance | • |
| Status Updated | Oct 2021 | Terms | 12 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | -- | -- | -- | -- | -- | ✓ | ✓ | ✓ | 30 | CLS | -- | -- |

✓ Current / Terms met    30 Past due 30 days

CLS Closed

**Payment history guide**

30 days past due as of Sep 2021



### Contact Info

| | |
|---|---|
| Address | 1801 MAIN ST, KANSAS CITY MO 64108 |
| Phone Number | (866) 845-9545 |

### Comment

**Current:**

Account paid from collateral.

**Previous:**

None



## Your Statement

Y ITEM DISPUTED BY CONSUMER



## Reinvestigation Info

This item was updated from our processing of your dispute in Mar 2023.

# SYNCB/EBAY



## Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/EBAY | Balance | · |
| Account Number | 552330XXXXXXXXXXX | Balance Updated | · |
| Account Type | Credit card | Recent Payment | · |
| Responsibility | Individual | Monthly Payment | · |
| Date Opened | 02/24/2019 | Credit Limit | $200 |
| Status | Paid, Closed/Never late. | Highest Balance | $503 |
| Status Updated | Oct 2020 | Terms | · |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – |
| 2019 | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed



## Contact Info

| | |
|---|---|
| Address | PO BOX 965013, ORLANDO FL 32896 |
| Phone Number | (844) 435-0237 |



## Comment

Current:

Account closed at credit grantor's request.

**Previous:**

None

# VERIZON WIRELESS

**POTENTIALLY NEGATIVE**



### Account Info

| | | | |
|---|---|---|---|
| Account Name | VERIZON WIRELESS | Balance | • |
| Account Number | 489934XXXXXXXXX | Balance Updated | • |
| Account Type | Cell Phone | Recent Payment | • |
| Responsibility | Individual | Monthly Payment | • |
| Date Opened | 10/09/2023 | Original Balance | $116 |
| Status | Paid, Closed. | Highest Balance | $116 |
| Status Updated | Dec 2023 | Terms | 1 Month |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | — | — | — | C |

C   Collection

**Payment history guide**

Collection as of Dec 2023

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2023 | $116 | $0 | $0 |

**Additional Info**

The original amount of this account was $116



### Contact Info

Address    PO BOX 650051,
DALLAS TX 75265

Phone Number      (800) 852-1922



**Comment**

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Previous:**

None



**Your Statement**

ITEM IN DISPUTE BY CONSUMER



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2025.

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**ALLY FINANCIAL**
Inquired on 11/14/2023

3010 W AGUA FRIA FWY STE 100
PHOENIX AZ, 85027

Unspecified. This inquiry is scheduled to continue on record until Dec 2025.

**ALLY FINANCIAL**
Inquired on 11/14/2023

200 RENAISSANCE CTR DETROIT MI, 48243

Unspecified. This inquiry is scheduled to continue on record until Dec 2025.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**CAPITAL ONE**
Inquired on
01/10/2025

PO BOX 30281,
SALT LAKE
CITY UT 84130
(800) 955-7070

**CAPITAL ONE**
Inquired on
06/12/2024

15000 CAPITAL
ONE DR,
RICHMOND VA
23238

**CHIME
FINANCIAL INC**
Inquired on
06/09/2025,
06/02/2025,
05/31/2025,
05/12/2025,
05/05/2025,
05/01/2025,
04/22/2025,
04/14/2025,
04/07/2025,
03/31/2025,
03/24/2025,
03/17/2025,
03/10/2025,
12/30/2024,
12/23/2024,
11/25/2024,
10/28/2024,
09/23/2024,
08/26/2024,
07/29/2024,
07/22/2024,
07/01/2024 an
d 06/25/2024

77 MAIDEN LN
FL 6,
SAN
FRANCISCO CA
94108

**CONSUMERINF
O.COM**
Inquired on
06/08/2025,
05/25/2025 an
d 05/23/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

**CREDENCE
RESOURCE
MANAGE**
Inquired on
09/23/2024

17000 DALLAS
PKWY STE 204,
DALLAS TX
75248
(855) 876-5380

**CREDIT KARMA**
Inquired on
06/11/2025,
06/10/2025,
06/09/2025,
06/08/2025,
06/07/2025,
06/06/2025,
06/04/2025,
06/03/2025,
06/02/2025,

**EXPERIAN**
Inquired on
06/08/2025,
05/25/2025 an
d 05/23/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
06/08/2025,
05/25/2025 an
d 05/23/2025

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

06/01/2025,
05/31/2025,
05/30/2025,
05/29/2025,
05/28/2025,
05/26/2025,
05/25/2025,
05/24/2025,
05/23/2025,
05/22/2025,
05/21/2025,
05/20/2025,
05/17/2025,
05/14/2025,
05/13/2025,
05/11/2025,
05/10/2025,
05/06/2025,
05/04/2025,
05/03/2025,
05/02/2025,
05/01/2025,
04/27/2025,
04/26/2025,
04/23/2025,
04/22/2025,
04/15/2025,
04/12/2025,
04/11/2025,
04/10/2025,
04/08/2025,
04/06/2025,
04/05/2025,
04/04/2025,
04/03/2025,
04/02/2025,
04/01/2025,
03/29/2025,
03/28/2025,
03/27/2025,
03/26/2025,
03/25/2025,
03/22/2025,
03/21/2025,
03/18/2025,
03/16/2025,

03/15/2025,
03/14/2025,
03/11/2025,
03/09/2025,
03/08/2025,
03/01/2025,
02/25/2025,
02/22/2025,
02/21/2025,
02/15/2025,
02/12/2025,
02/09/2025,
02/08/2025,
02/01/2025,
01/25/2025,
01/24/2025,
01/23/2025,
01/19/2025,
01/18/2025,
01/13/2025,
01/11/2025,
01/08/2025,
01/05/2025,
01/04/2025,
01/01/2025,
12/31/2024,
12/28/2024,
12/24/2024,
12/22/2024,
12/21/2024,
12/19/2024,
12/18/2024,
12/14/2024,
12/12/2024,
12/11/2024,
12/08/2024,
12/07/2024,
12/01/2024,
11/30/2024,
11/26/2024,
11/23/2024,
11/21/2024,
11/20/2024,
11/19/2024,
11/18/2024,
11/17/2024,

11/16/2024,
11/14/2024,
11/09/2024,
11/03/2024,
11/02/2024,
11/01/2024,
10/30/2024,
10/29/2024,
10/26/2024,
10/20/2024,
10/19/2024,
10/12/2024,
10/06/2024,
10/03/2024,
10/01/2024,
09/28/2024,
09/27/2024,
09/26/2024,
09/25/2024,
09/24/2024,
09/21/2024,
09/19/2024,
09/18/2024,
09/14/2024,
09/08/2024,
09/07/2024,
09/06/2024,
09/05/2024,
09/04/2024,
09/01/2024,
08/31/2024,
08/30/2024,
08/29/2024,
08/28/2024,
08/27/2024,
08/25/2024,
08/24/2024,
08/17/2024,
08/15/2024,
08/14/2024,
08/10/2024,
08/09/2024,
08/08/2024,
08/04/2024,
08/03/2024,
08/02/2024,

08/01/2024,
07/31/2024,
07/30/2024,
07/28/2024,
07/27/2024,
07/26/2024,
07/23/2024,
07/21/2024,
07/20/2024,
07/19/2024,
07/18/2024,
07/09/2024,
07/07/2024,
07/06/2024,
07/04/2024,
07/02/2024,
07/01/2024,
06/29/2024,
06/28/2024,
06/27/2024,
06/26/2024,
06/23/2024,
06/22/2024,
06/21/2024,
06/20/2024,
06/19/2024,
06/17/2024,
06/15/2024,
06/14/2024 an
d 06/13/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102
(415) 510-5272

**EXPERIAN**
Inquired on
06/08/2025,
06/06/2025,
05/30/2025,
05/23/2025,
05/19/2025,
05/16/2025,
05/12/2025,
05/09/2025,

**EXPERIAN**
Inquired on
04/22/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
02/24/2025,
02/20/2025,
08/29/2024,
07/28/2024,
07/27/2024 an
d 07/19/2024

**EXPERIAN**
Inquired on
08/01/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

05/02/2025,
04/25/2025,
04/22/2025,
04/18/2025,
04/11/2025,
04/07/2025,
04/06/2025,
04/04/2025,
03/28/2025,
03/21/2025,
03/14/2025,
03/13/2025,
03/07/2025,
02/28/2025,
02/21/2025,
02/14/2025,
02/07/2025,
01/31/2025,
01/24/2025,
01/23/2025,
01/17/2025,
01/10/2025,
01/07/2025,
01/03/2025,
12/27/2024,
12/20/2024,
12/13/2024,
12/11/2024,
12/06/2024,
11/29/2024,
11/22/2024,
11/18/2024,
11/15/2024,
11/08/2024,
11/01/2024,
10/25/2024,
10/18/2024,
10/11/2024,
10/04/2024,
09/27/2024,
09/20/2024,
09/13/2024,
09/06/2024,
09/05/2024,
08/30/2024,
08/29/2024,

475 ANTON
BLVD,
COSTA MESA
CA 92626

08/23/2024, 08/16/2024, 08/13/2024, 08/09/2024, 08/08/2024, 08/02/2024, 08/01/2024, 07/31/2024, 07/30/2024, 07/29/2024, 07/26/2024, 07/22/2024, 07/20/2024, 07/19/2024, 07/17/2024, 07/13/2024, 07/12/2024, 07/06/2024, 07/05/2024, 07/01/2024, 06/30/2024, 06/26/2024, 06/25/2024, 06/21/2024, 06/20/2024 and 06/14/2024

475 ANTON BLVD, COSTA MESA CA 92626
(866) 431-3471

| EXPERIAN | EXPERIAN CREDITMATCH | EXPERIAN CS IDENTITY | EXPERIAN CS IDENTITY |
|---|---|---|---|
| Inquired on 07/12/2024 | Inquired on 06/08/2025, 05/19/2025, 05/12/2025, 04/22/2025, 04/07/2025, 04/06/2025, 03/13/2025, 01/31/2025, 01/23/2025, 01/10/2025, | Inquired on 06/05/2025, 04/30/2025, 04/22/2025, 01/24/2025, 12/18/2024, 11/08/2024 and 08/01/2024 | Inquired on 04/30/2025 |
| PO BOX 9600, ALLEN TX 75013 (800) 311-4769 | | 535 ANTON BLVD STE 100, | 535 ANTON BLVD, COSTA MESA CA 92626 |

01/07/2025 and 12/11/2024

COSTA MESA
CA 92626

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

| EXPERIANHLTH | SELF | TRANSUNION |
|---|---|---|
| Inquired on 07/27/2024 | FINANCIAL INC Inquired on 05/16/2025 | INTERACTIVE I Inquired on 08/29/2024, 07/31/2024, 07/27/2024 and 07/19/2024 |
| 720 COOL SPRINGS BLVD STE 200, FRANKLIN TN 37067 (763) 416-1030 | 901 E 6TH ST UNIT 400, AUSTIN TX 78702 | 100 CROSS ST STE 202, SAN LUIS OBISPO CA 93401 (805) 782-8282 |
| On behalf of SRCHAMER/COLU MBIA DOCTOR for Legitimate Business Need | | |

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580 |
| **2.** To the extent not included in item 1 above: | **a.** Office of the Comptroller of the Currency Customer Assistance Group P.O. Box 53570 Houston, TX 77052 |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | |

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance, Governmental Affairs, and Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of Capital Access

United States Small Business Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7. Brokers and Dealers**

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

**8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations**

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9. Retailers, Finance Companies, and All Other Creditors Not Listed Above**

FTC Regional Office for region in which the creditor operates or Federal Trade Commission:
Consumer Response Center - FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers